FILED: 5/17/2021 1:38 PM
Vickie Edgerly, District Clerk
Orange County, Texas
Envelope No. 53506933
Reviewed By: Maria Hernandez

NO. A210211-C

| | | |
|---|---|---|
| **MICHAEL MALTBA and** | § | **IN THE DISTRICT COURT OF** |
| **WENDY MALTBA** | § | |
| | § | |
| **VS.** | § | **ORANGE COUNTY, TEXAS** |
| | § | |
| **ALLSTATE TEXAS LLOYD'S,** | § | |
| **SAMUEL BOLLING, WILLIAM** | § | |
| **CARROLL and JESSICA KROMM** | § | 128th  **JUDICIAL DISTRICT** |

## PLAINTIFFS' ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, **MICHAEL MALTBA and WENDY MALTBA,** Plaintiffs in the above-entitled and numbered cause and file this Plaintiffs' Original Petition, complaining of **ALLSTATE TEXAS LLOYD'S, SAMUEL BOLLING, WILLIAM CARROLL and JESSICA KROMM,** Defendants, (hereinafter referred to collectively as ("Defendants"), and for cause of action would respectfully show unto the Court the following:

### Parties

1.      Plaintiffs, Michael Maltba and Wendy Maltba, are individuals appearing in Court through their attorney of record.

2.      Defendant, Allstate Texas Lloyd's, is an insurance company operating in Texas  and may be served with process by serving its registered agent, C T Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201.

3.      Defendant, Samuel Bolling, is an individual who is employed by Allstate Texas Lloyd's, and may be served with process through his employer's registered agent, C T Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201.

4.      Defendant, William Carroll, is an individual who is employed by Allstate Texas Lloyd's, and may be served with process through his employer's registered agent, C T Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201.

5.      Defendant, Jessica Kromm, is an individual employed by Allstate Texas Lloyd's, and may be served with process through her employer's registered agent, C T Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201.

**Discovery Plan**

6.      This matter is governed by Discovery Plan Level 2.

**Jurisdiction and Venue**

7.      The subject matter in controversy is within the jurisdictional limits of this court.

8.      Plaintiff seeks:

      A.      monetary relief over $250,000.00 but not more than $1,000,000.00, and

      B.      a demand for judgment in that amount.

9.      Venue is proper in Orange County, because all of the Defendants' acts and omissions occurred in Orange County, Texas, according to Texas Civil Practice and Remedies Code Section 15.002(a)(1). All matters at issue arise in Orange County, Texas and the property is located in Orange County, Texas. The jurisdictional amounts are within the jurisdictional limits of this Court.

**Facts**

10.     On or about August 27, 2020, Plaintiffs sustained substantial damage to their residence located at 2704 Bear Trail, Orange, Orange County, Texas, as a result of **wind and hurricane/storm damage from Hurricane Laura.**

11.     Plaintiffs reported this loss to their insurance company, Allstate Texas Lloyd's, who set up a claim and conducted an initial, outcome-oriented, inspection through its adjusters. This initial

2

report failed to addressed all of the damage to the structure and other structure. The initial report was written for **$17,806.52** (less $6,020.00 deductible) with a payment of $11,786.52 for structural loss, $4,765.45 for other structure loss and $500.00 for food loss. **See Exhibit 1.** Defendants then issued payment in an amount that did not reflect all of the damage/loss to this property. Plaintiffs' submitted their complaint that the estimate did not cover all the damage. Defendant Samuel Bolling responded by email stating that the "I am not changing the estimate because it has already been filed and paid, so I am not taking the monies paid for windows away. As for the roofing part of the estimate, I have made some changes to the estimate that I hope you will be satisfied with." **See Exhibit 2.** Defendant Bolling again fails to address all the damage to this property caused by Hurricane Laura. Defendant Bolling sent another letter on December 21, 2020 (after a third inspection of the property) stating various misrepresentations as to why certain damage is not covered. **See Exhibit 3**. After the Plaintiffs' hired an attorney and sent demand, Defendant Allstate did **ADMIT to underpaying the claim** by way of its second/third estimate (dated 12-9-2020) that went out by way of letter on December 26, 2020-------in which Defendant Kromm documented the damage for the following amounts:

-**$47,889.47**(less $12,880.10 depreciation*) (less $6,020.00 deductible) = $28,989.37

> *(On its initial report, Defendant Allstate's depreciation amount was negligible and only increased substantially due to Allstate now having to pay addition monies on this claim);*

> THIS AMOUNTS TO DEFENDANT ADMITTING TO $30,000.00 under-adjustment on this claim (for the structure alone);

-$6,374.65 in Other Structure Damage; and

-$500.00 in food loss. **See Exhibit 4.**

3

12.     Plaintiffs' property was covered by a policy of insurance issued by the Defendant, Allstate Texas Lloyd's, under Policy No. 936443938.  Plaintiff provided notice of loss under the insurance policy at issue; namely, **wind, storm/hurricane damage to the structure and loss of use**. Defendant, Allstate Texas Lloyd's, Samuel Bolling, William Carroll and Jessica Kromm, set up the claim (Claim No. 0598332450) and inspected Plaintiffs' property and adjusted Plaintiffs' wind/hurricane loss/claim.  Despite receiving proper notice and Plaintiffs' compliance with the requirements of the policy of insurance, Defendants did not conduct reasonable investigations and/or inspections of the premises and failed to make reasonable attempts to pay full benefits due and owing under the policy of insurance and claims at issue.  Defendants <u>did acknowledge windstorm damage to the property,</u> but failed to fairly and accurately adjust the loss/damage.

13.     Defendants knowingly and intentionally minimized Plaintiffs' claims, in part, and failed to fully compensate Plaintiffs for the wind/hurricane-related (storm/wind/water related) losses when the insurance carrier's liability was reasonably clear.  Defendants, Allstate Texas Lloyd's, Samuel Bolling, William Carroll and Jessica Kromm, failed to report the entire wind/hurricane-related storm loss thereby minimizing payment to Plaintiffs on the claim.   Defendants, Allstate Texas Lloyd's, Samuel Bolling, William Carroll and Jessica Kromm, failed to fully calculate the nature, extent, and amount of the damage to the property, again in an effort to minimize the payment to Plaintiffs.

14.     Defendants, Allstate Texas Lloyd's, Samuel Bolling, William Carroll and Jessica Kromm, misrepresented both the nature and extent of the damages and grossly underpaid Plaintiffs based on the damage to the property; all leading to a substantial underpayment of policy benefits to Plaintiffs...........**by and through the following specific acts/omissions committed by Defendants, Allstate Texas Lloyd's, Samuel Bolling, William Carroll and Jessica Kromm:**

4

a.  Not addressing all of the structural damage (including all exterior wind/storm/water damage to the structure and other structure);

b.  Not addressing all of the structural damage (including interior damage at the property);

c.  Not allowing for <u>overhead and profit</u> on Defendants' estimate;

d.  Not addressing any general conditions at the property;

e.  Not authoring a reasonable estimate based on the extent of the wind/storm damage;

f.  Failing to timely issue proper/full payment;

g.  Failing to pay recoverable depreciation (RCV);

h.  Authoring fraudulent and inconsistent reports that established that certain damages were not covered under the policy;

i.  Drafting, authoring, and creating letters for the improper payment amount (letters were fraudulent);

j.  Mailing letters for the improper payment amount;

k  Failing to pay mandatory statutory interest on all under-payments once the Ins. Code Demand letter was received.

15.    The above referenced facts document <u>a clear breach of the terms of the contract</u> (to pay for wind/storm related damage), as well as <u>a clear breach of Defendants' duty of good faith and fair dealing</u>.

16.    As detailed in the above paragraphs, Allstate Texas Lloyd's wrongfully adjusted Plaintiffs' claims for structural repairs to the property and contents loss. Furthermore, Allstate Texas Lloyd's underpaid Plaintiffs' claims by not providing full coverage for the damage sustained by the Plaintiffs as well as under 'scoping' the damages during its investigation. Additionally, Allstate Texas Lloyd's continues to delay in the full payment of damages to the structural damages, contents loss

5

and statutory interest...............Plaintiffs sent their 60-day Insurance Notice to Defendants on October 28, 2020. Furthermore, Defendants, Allstate Texas Lloyd's, Samuel Bolling, William Carroll and Jessica Kromm, failed to comply with the Texas Insurance Code by not paying statutory interest on its initial underpayment.

17.     Defendant, Allstate Texas Lloyd's, failed to perform its contractual duties to adequately compensate Plaintiffs under the terms of the Policy. Specifically, it refused to pay the full proceeds of the Policy, although due demand was made for proceeds to be paid in an amount sufficient to cover the damaged property and all conditions precedent to recovery upon the Policy had been carried out and accomplished by Plaintiffs. Allstate Texas Lloyd's conduct constitutes a breach of the insurance contract between Allstate Texas Lloyd's and Plaintiffs.

18.     Defendants, Allstate Texas Lloyd's, Samuel Bolling, William Carroll and Jessica Kromm, misrepresented to Plaintiffs that the damage to the Property was not covered under the Policy, even though the damage was caused by a covered occurrence----windstorm. Defendants, Allstate Texas Lloyd's, Samuel Bolling, William Carroll and Jessica Kromm's conduct constitutes a violation of the Texas Insurance Code, Unfair Settlement Practices. Tex. Ins. Code §541.060(a)(1).

19.     Defendants, Allstate Texas Lloyd's, Samuel Bolling, William Carroll and Jessica Kromm, failed to make an attempt to settle Plaintiffs' claim in a fair manner, although they were aware of their liability to Plaintiffs under the Policy. Defendants, Allstate Texas Lloyd's, Samuel Bolling, William Carroll and Jessica Kromm's conduct constitutes a violation of the Texas Insurance Code, Unfair Settlement Practices. Tex. Ins. Code §541.060(a)(2)(A).

20.     Defendants, Allstate Texas Lloyd's, Samuel Bolling, William Carroll and Jessica Kromm, failed to explain to Plaintiffs the reasons for their offer of an inadequate settlement. Specifically, Defendants, Allstate Texas Lloyd's, Samuel Bolling, William Carroll and Jessica Kromm, failed to

6

offer Plaintiffs adequate compensation, without any explanation why full payment was not being made. Furthermore, Defendants, Allstate Texas Lloyd's, Samuel Bolling, William Carroll and Jessica Kromm, did not communicate that any future settlements or payments would be forthcoming to pay for the entire losses covered under the Policy, nor did they provide any explanation for the failure to adequately settle Plaintiffs' claim. Defendants, Allstate Texas Lloyd's, Samuel Bolling, William Carroll and Jessica Kromm's conduct is a violation of the Texas Insurance Code, Unfair Settlement Practices. Tex. Ins. Code §541.060(a)(3).

21.     Defendants, Allstate Texas Lloyd's, Samuel Bolling, William Carroll and Jessica Kromm, failed to affirm or deny coverage of Plaintiffs' claim within a reasonable time. Specifically, Plaintiffs did not receive timely indication of acceptance or rejection, regarding the full and entire claim, in writing from Defendants, Allstate Texas Lloyd's, Samuel Bolling, William Carroll and Jessica Kromm. Defendants, Allstate Texas Lloyd's, Samuel Bolling, William Carroll and Jessica Kromm's conduct constitutes a violation of the Texas Insurance Code, Unfair Settlement Practices. Tex. Ins. Code §541.060(a)(4).

22.     Defendants, Allstate Texas Lloyd's, Samuel Bolling, William Carroll and Jessica Kromm, refused to fully compensate Plaintiffs, under the terms of the Policy, by failing to conduct a reasonable investigation. Specifically, Defendants, Allstate Texas Lloyd's, Samuel Bolling, William Carroll and Jessica Kromm, performed an outcome-oriented investigation of Plaintiffs' claim, which resulted in a biased, unfair and inequitable evaluation of Plaintiffs' losses on the Property. Defendants, Allstate Texas Lloyd's, Samuel Bolling, William Carroll and Jessica Kromm's conduct constitutes a violation of the Texas Insurance Code, Unfair Settlement Practices. Tex. Ins. Code §541.060(a)(7).

7

23.     Defendant, Allstate Texas Lloyd's, failed to meet its obligations under the Texas Insurance Code regarding timely acknowledging Plaintiffs' full claim, beginning an investigation of Plaintiffs' claim and requesting all information reasonably necessary to investigate Plaintiffs' claim within the statutorily mandated time of receiving notice of Plaintiffs' claim. Allstate Texas Lloyd's conduct constitutes a violation of the Texas Insurance Code, Prompt Payment of Claims. Tex. Ins. Code §542.055.

24.     Defendant, Allstate Texas Lloyd's, failed to accept or deny Plaintiffs' full and entire claim within statutorily mandated time of receiving all necessary information. Allstate Texas Lloyd's conduct constitutes a violation of the Texas Insurance Code, Prompt Payment of Claims. Tex. Ins. Code §542.056.

25.     Defendant, Allstate Texas Lloyd's, failed to meet its obligations under the Texas Insurance Code regarding full payment of claim without delay. Specifically, it has delayed full payment of Plaintiffs' claim longer than allowed and, to date, Plaintiffs have not yet received full payment for its claim. Allstate Texas Lloyd's conduct constitutes a violation of the Texas Insurance Code, Prompt Payment of Claims. Tex. Ins. Code §542.058.

26.     From and after the time Plaintiffs' claim was presented to Defendant, Allstate Texas Lloyd's, the liability of Allstate Texas Lloyd's to pay the full claim in accordance with the terms of the Policy was reasonably clear. However, Allstate Texas Lloyd's refused to pay Plaintiffs in full, despite there being no basis whatsoever on which a reasonable insurance company would have relied on to deny the full payment. Allstate Texas Lloyd's conduct constitutes a breach of the common law duty of good faith and fair dealing.

8

27. Defendants, Allstate Texas Lloyd's, Samuel Bolling, William Carroll and Jessica Kromm, knowingly or recklessly made false representations, as described above, as to material facts and/or knowingly concealed all or part of material information from Plaintiffs.

28. As a result of Defendants, Allstate Texas Lloyd's, Samuel Bolling, William Carroll and Jessica Kromm's wrongful acts and omissions, Plaintiffs were forced to retain the professional services of the attorney and law firm who is representing it with respect to these causes of action. Plaintiffs, through its attorney, notified Defendants of its claims.

## Causes of Action:

### Causes of Action Against Defendant, Allstate Texas Lloyd's, Only

29. Defendant, Allstate Texas Lloyd's, is liable to Plaintiffs for intentional breach of contract, as well as intentional violations of the Texas Insurance Code and intentional breach of good faith and fair dealing.

### Anticipatory Breach

30. Defendant, Allstate Texas Lloyd's, committed an anticipatory breach of the insurance contract thus relieving Plaintiffs of any corresponding obligation on the contract. Defendant's denial of liability without justification was unreasonable and unjust.

### Breach of Contract

31. Defendant, Allstate Texas Lloyd's conduct constitutes a breach of the insurance contract made between Allstate Texas Lloyd's and Plaintiffs.

32. Defendant, Allstate Texas Lloyd's failure and refusal, as described above, to pay the adequate compensation as it is obligated to do under the terms of the Policy in question and under the laws of the State of Texas, constitutes a breach of Allstate Texas Lloyd's insurance contract with Plaintiffs.

9

## Noncompliance with Texas Insurance Code
## Unfair Settlement Practices

33.    Defendant, Allstate Texas Lloyd's conduct constitutes multiple violations of the Texas Insurance Code, Unfair Settlement Practices. Tex. Ins. Code §541.060(a). All violations under this article are made actionable by Tex. Ins. Code §541.151.

34.    Defendant, Allstate Texas Lloyd's unfair settlement practice, as described above, of misrepresenting to Plaintiffs material facts relating to the coverage at issue, constitutes an unfair method of competition and an unfair and deceptive act or practice in the business of insurance. Tex. Ins. Code §541.060(a)(1).

35.    Defendant, Allstate Texas Lloyd's'unfair settlement practice, as described above, of failing to attempt in good faith to effectuate a prompt, fair, and equitable settlement of the claim, even though Allstate Texas Lloyd's liability under the Policy was reasonably clear, constitutes an unfair method of competition and an unfair and deceptive act or practice in the business of insurance. Tex. Ins. Code §541.060(a)(2)(A).

36.    Defendant, Allstate Texas Lloyd's's unfair settlement practice, as described above, of failing to promptly provide Plaintiffs with a reasonable explanation of the basis in the Policy, in relation to the facts or applicable law, for their offer of a compromise settlement of the claim, constitutes an unfair method of competition and an unfair and deceptive act or practice in the business of insurance. Tex. Ins. Code §541.060(a)(3).

37.    Defendant, Allstate Texas Lloyd's unfair settlement practice, as described above, of failing within a reasonable time to affirm or deny coverage of the claim to Plaintiffs or to submit a reservation of rights to Plaintiffs, constitutes an unfair method of competition and an unfair and deceptive act or practice in the business of insurance. Tex. Ins. Code §541.060(a)(4).

10

38.    Defendant, Allstate Texas Lloyd's unfair settlement practice, as described above, of refusing

to pay Plaintiffs' claim without conducting a reasonable investigation, constitutes an unfair method

of competition and an unfair and deceptive act or practice in the business of insurance.  Tex. Ins.

Code §541.060(a)(7).

### Noncompliance with Texas Insurance Code
### The Prompt Payment of Claims

39.    Defendant, Allstate Texas Lloyd's conduct constitutes multiple violations of the Texas

Insurance Code, Prompt Payment of Claims.  All violations made under this article are made

actionable by Tex. Ins. Code §542.060.

40.    Defendant, Allstate Texas Lloyd's failure to acknowledge receipt of Plaintiffs' full claim,

commence investigation of the full claim, and request from Plaintiffs all items, statements, and

forms that it reasonably believed would be required within the applicable time constraints, as

described above, constitutes a non-prompt payment of claims and a violation of the Tex. Ins. Code

§542.055.

41.    Defendant, Allstate Texas Lloyd's failure to notify Plaintiffs in writing of its acceptance or

rejection of the claim within the applicable time constraints, constitutes a non-prompt payment of

the claim.  Tex. Ins. Code §542.056.

42.    Defendant, Allstate Texas Lloyd's delay of the payment of Plaintiffs' full claim following

its receipt of all items, statements, and forms reasonably requested and required, longer than the

amount of time provided for, as described above, constitutes a non-prompt payment of the claim.

Tex. Ins. Code §542.058.

11

## Breach of the Duty of Good Faith and Fair Dealing

43.     Defendant, Allstate Texas Lloyd's conduct constitutes a breach of the common law duty of good faith and fair dealing owed to insureds in insurance contracts.

44.     Defendant, Allstate Texas Lloyd's failure, as described above, to adequately and reasonably investigate and evaluate Plaintiffs' claim, although, at that time, Allstate Texas Lloyd's knew or should have known by the exercise of reasonable diligence that its liability was reasonably clear, constitutes a breach of good faith and fair dealing.

## Causes of Action Against Defendants, Samuel Bolling, William Carroll and Jessica Kromm, Only

### Noncompliance with Texas Insurance Code Unfair Settlement Practices

45.     Defendants, Samuel Bolling, William Carroll and Jessica Kromm's conduct constitutes multiple violations of the Texas Insurance Code, Unfair Settlement Practices.  Tex. Ins. Code §541.060(a)  All violations under this article are made actionable by Tex. Ins. Code §541.151.

46.     Defendants, Samuel Bolling, William Carroll and Jessica Kromm's unfair settlement practice, as described above, of misrepresenting to Plaintiffs material facts relating to the coverage at issue, constitutes an unfair method of competition and an unfair and deceptive act or practice in the business of insurance.  Tex. Ins. Code. §541.060(a)(1).

47.     Defendants, Samuel Bolling, William Carroll and Jessica Kromm's settlement practice, as described above, of failing to attempt in good faith to effectuate a prompt, fair, and equitable settlement of the claim, even though Defendants' liability under the Policy was reasonably clear, constitutes an unfair method of competition and an unfair and deceptive act or practice in the business of insurance.  Tex. Ins. Code §541.060(a)(2)(A).

48.      Defendants, Samuel Bolling, William Carroll and Jessica Kromm's unfair settlement practice, as described above, of failing to promptly provide Plaintiffs with a reasonable explanation of the basis in the Policy, in relation to the facts or applicable law, for their offer of a compromise settlement of the claim, constitutes an unfair method of competition and an unfair and deceptive act or practice in the business of insurance. Tex. Ins. Code §541.060(a)(3).

49.      Defendants,  Samuel Bolling, William Carroll and Jessica Kromm's unfair settlement practice, as described above, of failing within a reasonable time to affirm or deny coverage of the claim to Plaintiffs or to submit a reservation of rights to Plaintiffs, constitutes an unfair method of competition and an unfair and deceptive act or practice in the business of insurance. Tex. Ins. Code §541.060 (a)(4).

50.      Defendants, Samuel Bolling, William Carroll and Jessica Kromm's unfair settlement practice, as described above, of refusing to pay Plaintiffs' claim without conducting a reasonable investigation, constitutes an unfair method of competition and an unfair and deceptive act or practice in the business of insurance.  Tex. Ins. Code §541.060(a)(7).

### Fraud Against Defendants, Allstate Texas Lloyd's,
### Samuel Bolling, William Carroll and Jessica Kromm

51.      Defendants, Allstate Texas Lloyd's, Samuel Bolling, William Carroll and Jessica Kromm, are liable to Plaintiffs for common law fraud.

52.      Each and every one of the representations, as described above, concerned material facts for the reason Plaintiffs would not have acted and which Defendants, Allstate Texas Lloyd's, Samuel Bolling, William Carroll and Jessica Kromm, knew were false or made recklessly without any knowledge of their truth as a positive assertion.  Each Defendant was engaged in the "business of insurance" at the time these fraudulent representations were made during the adjustment of

13

Plaintiffs' claim.

53.     The statements were made with the intention that they should be acted upon by Plaintiffs, who in turn acted in reliance upon the statements, there causing Plaintiffs to suffer injury and constituting common law fraud.

### Conspiracy to Commit Fraud Against Defendants, Allstate Texas Lloyd's, Samuel Bolling, William Carroll and Jessica Kromm

54.     Defendants, Allstate Texas Lloyd's, Samuel Bolling, William Carroll and Jessica Kromm, are liable to Plaintiffs for conspiracy to commit fraud. Defendants, Allstate Texas Lloyd's, Samuel Bolling, William Carroll and Jessica Kromm, were members of a combination of two or more persons whose object was to accomplish an unlawful purpose or a lawful purpose by unlawful means. In reaching a meeting of the minds regarding the course of action to be taken against Plaintiffs, Allstate Texas Lloyd's, Samuel Bolling, William Carroll and Jessica Kromm, committed an unlawful, overt act to further the object or course of action. Plaintiffs suffered injury as a proximate result of Defendants' acts/omissions. At all times, Defendants knew that their liability was reasonably clear, and still failed to properly handle their claim which constitutes a breach of the duty of good faith and fair dealing.

### Knowledge/Intent

55.     Each of the acts described above, together and singularly, was done "knowingly" and "intentionally" as the terms are used in the Texas Insurance Code and were a producing cause of Plaintiffs' damages described herein.

### Damages

56.     Plaintiffs will show that all of the above referenced acts were the producing cause(s) of Plaintiffs' damages. The damages caused by the windstorm have left Plaintiffs' property severely

14

damaged. These damages have not been properly addressed by Defendants and have not been repaired due to the non-payment causing further damage to the Property, which has led to undue hardship and burden on Plaintiffs. These damages are a result of Defendants' mishandling of Plaintiffs' claim in direct violation of the laws detailed above.

57. For Plaintiffs' breach of contract cause of action, Plaintiffs are entitled to the benefits they should have received under the policy of insurance in place at the time of the wind loss. Plaintiffs are asking for full benefits due and owing under the policy, along with their attorney's fees and expenses. Plaintiffs are entitled to full policy benefits that are due and owing for their loss.

58. For the violations of the Texas Insurance Code and Unfair Settlement Practices, Plaintiffs are entitled to actual damages, which include the full benefits due and owing under the policy, attorney's fees and expenses and costs of court. Furthermore, because Defendants' acts were committed knowingly, Plaintiffs are entitled to three times their actual damages.

59. For violations of the Texas Insurance Code and Prompt Payment of Claims, Plaintiffs are entitled to their damages, as detailed above and below, as well as eighteen percent statutory interest per year as damages, along with attorney's fees and expense.

60. For breach of common law duty of good faith and fair dealing, Plaintiffs are entitled to all damages, including those detailed above and below, as well as all forms of loss resulting from Defendants' breach of said duty, including but not limited to additional costs, losses due to nonpayment of the amount(s) owed under the policy, economic hardship, punitive damages, exemplary damages.

61. For Defendants' fraudulent acts, Plaintiffs are entitled to recover actual damages and exemplary damages for Defendants' knowingly making fraudulent representations, along with attorney's fees, interest, and costs of court.

15

62.    The acts and omissions of these Defendants have made it necessary for Plaintiffs to retain undersigned counsel, and Plaintiffs agreed to pay undersigned counsel reasonable and necessary attorney's fees, expenses, and costs of suit. Plaintiffs' counsel has a forty percent (40%) contingent fee. When calculated on an hourly rate basis, however, at customary hourly rate charges in this community, Plaintiffs anticipates that attorney's fees and expenses incurred through a trial of this case will be approximately $100,000.00 to $250,000.00, in the discretion of the jury, and also that any necessary appellate attorney's fees and expenses will be approximately $15,000.00, or in an amount in the discretion of the jury. Plaintiffs are entitled to recover their reasonable and necessary attorney's fees and expenses under applicable provisions of the Texas Insurance Code.

**PRAYER**

WHEREFORE, PREMISES CONSIDERED, Plaintiffs prays that Defendants be cited to appear and answer herein, that Plaintiffs recover their actual damages, consequential damages, statutory damages and enhancements, punitive damages, attorney's fees, costs, expenses, interest, and for such other and further relief, at law or in equity, to which Plaintiffs may show themselves justly entitled.

Respectfully submitted,

LINDSAY, LINDSAY & PARSONS

John Pat Parsons
TSB#24065876
710 N. 11th Street
Beaumont, Texas 77702
409/833-1196
409/832-7040 (Fax)
jparsons@llptx.com

**ATTORNEY FOR PLAINTIFFS,
MICHAEL MALTBA and WENDY MALTBA**

16

| | | | |
|---|---|---|---|
| Insured: | MICHAEL MALTBA | Home: | (409) 351-1688 |
| Property: | 2704 BEAR TRL | E-mail: | MIKE.MALTBA@YAHOO.COM |
| | ORANGE, TX 77632-0760 | | |
| Home: | 2704 BEAR TRL | | |
| | ORANGE, TX 77632-0760 | | |

| | | | |
|---|---|---|---|
| Claim Rep.: | Sam Bolling | Business: | (800) 547-8676 |
| Estimator: | Sam Bolling | Business: | (800) 547-8676 |

**Claim Number:** 0598332450    **Policy Number:** 000936443938    **Type of Loss:** Windstorm

| | | | |
|---|---|---|---|
| Date Contacted: | 9/13/2020 | | |
| Date of Loss: | 8/27/2020 8:00 AM | Date Received: | 8/30/2020 8:38 AM |
| Date Inspected: | 10/3/2020 | Date Entered: | 9/12/2020 3:49 PM |
| Date Est. Completed: | 10/4/2020 8:58 AM | | |

| | |
|---|---|
| Price List: | TXBM8X_AUG20 |
| | Restoration/Service/Remodel |
| Estimate: | MICHAEL_MALTBA11 |

Allstate is dedicated to providing you with outstanding service throughout the claim-handling process. If you have any questions regarding this estimate or if additional damage is found during the repair process, please contact us at (800) 547-8676. Please also contact us at (800) 547-8676 if there are differences or discrepancies between our estimate and the estimate provided by your repair person of choice. Please be prepared to provide us with your repair person's estimate and all information and documentation relating to any differences or discrepancies.

Thank you,

¬Sam Bolling



MICHAEL_MALTBA11                                          10/6/2020        Page: 1

MICHAEL_MALTBA11

SKETCH15

main level

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 7. Drywall tape joint/repair - per LF | 10.00 LF | 7.10 | 71.00 | 0/150 yrs | Avg. | 0% | (0.00) | 71.00 |
| 8. Texture drywall - machine - knockdown | 10.00 SF | 0.50 | 5.00 | 0/150 yrs | Avg. | 0% | (0.00) | 5.00 |
| 9. Seal/prime then paint the surface area (2 coats) | 10.00 SF | 0.85 | 8.50 | 0/15 yrs | Avg. | 0% | (0.00) | 8.50 |
| 10. Paint the surface area - one coat | 84.00 SF | 0.59 | 49.56 | 0/15 yrs | Avg. | 0% | (0.00) | 49.56 |
| 11. Contents - move out then reset | 1.00 EA | 46.78 | 46.78 | 0/NA | Avg. | 0% | (0.00) | 46.78 |

**Totals: Office**      180.84      0.00      180.84

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 12. 5/8" drywall - hung, taped, heavy texture, ready for paint | 140.00 SF | 2.62 | 366.80 | 0/150 yrs | Avg. | 0% | (0.00) | 366.80 |
| 13. Seal/prime then paint the surface area (2 coats) | 140.00 SF | 0.85 | 119.00 | 0/15 yrs | Avg. | 0% | (0.00) | 119.00 |
| 14. Paint more than the ceiling - one coat | 189.00 SF | 0.59 | 111.51 | 2/15 yrs | Avg. | 13.33% | (14.87) | 96.64 |
| 15. Contents - move out then reset | 1.00 EA | 46.78 | 46.78 | 0/NA | Avg. | 0% | (0.00) | 46.78 |
| 16. Floor protection - plastic and tape - 10 mil | 61.00 SF | 0.27 | 16.47 | 0/15 yrs | Avg. | 0% | (0.00) | 16.47 |

**Totals: Bathroom**      660.56      14.87      645.69

**Total: main level**      841.40      14.87      826.53

**Total: SKETCH15**      841.40      14.87      826.53

### Front Elevation

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 17. Reglaze double-pane thermal window unit, 10 - 16 sf | 4.00 EA | 235.73 | 942.92 | 0/18 yrs | Avg. | 0% | (0.00) | 942.92 |
| 18. Reglaze double-pane thermal window unit, 1 - 9 sf | 3.00 EA | 131.32 | 393.96 | 0/18 yrs | Avg. | 0% | (0.00) | 393.96 |

**Totals: Front Elevation**      1,336.88      0.00      1,336.88

### Right Elevation

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|

## CONTINUED - Right Elevation

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 19. Reglaze double-pane thermal window unit, 10 - 16 sf | 1.00 EA | 235.73 | 235.73 | 0/18 yrs | Avg. | 0% | (0.00) | 235.73 |
| 20. Reglaze double-pane thermal window unit, 1 - 9 sf | 11.00 EA | 131.32 | 1,444.52 | 0/18 yrs | Avg. | 0% | (0.00) | 1,444.52 |
| **Totals: Right Elevation** | | | **1,680.25** | | | | **0.00** | **1,680.25** |

## Rear Elevation

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 21. Reglaze double-pane thermal window unit, 1 - 9 sf | 7.00 EA | 131.32 | 919.24 | 0/18 yrs | Avg. | 0% | (0.00) | 919.24 |
| 22. R&R Gutter / downspout - aluminum - up to 5" | 49.00 LF | 6.48 | 317.52 | 0/25 yrs | Avg. | 0% | (0.00) | 317.52 |
| 23. Detach & Reset Gutter / downspout - aluminum - up to 5" | 12.00 LF | 4.03 | 48.36 | 0/25 yrs | Avg. | 0% | (0.00) | 48.36 |
| 24. R&R Gutter guard/screen | 49.00 LF | 3.53 | 172.97 | 0/20 yrs | Avg. | 0% | (0.00) | 172.97 |
| 25. Heat, Vent, & Air Conditioning (Technician Invoice)* | 1.00 EA | 99.00 | 99.00 | 0/NA | Avg. | 0% | (0.00) | 99.00 |
| reset the a/c displaced by storm winds | | | | | | | | |
| **Totals: Rear Elevation** | | | **1,557.09** | | | | **0.00** | **1,557.09** |

## Left Elevation

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 26. R&R Gutter / downspout - aluminum - up to 5" | 18.00 LF | 6.48 | 116.64 | 0/25 yrs | Avg. | 0% | (0.00) | 116.64 |
| 27. R&R Gutter guard/screen | 6.00 LF | 3.53 | 21.18 | 0/20 yrs | Avg. | 0% | (0.00) | 21.18 |
| 28. Reglaze double-pane thermal window unit, 1 - 9 sf | 7.00 EA | 131.32 | 919.24 | 0/18 yrs | Avg. | 0% | (0.00) | 919.24 |
| **Totals: Left Elevation** | | | **1,057.06** | | | | **0.00** | **1,057.06** |

## Fencing

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 29. Wood fence 5' - 6' high - Detach & reset - per 8' section | 6.00 EA | 69.46 | 416.76 | 0/NA | Avg. | 0% | (0.00) | 416.76 |
| 30. R&R Wood fence 5'- 6' high - treated | 32.00 LF | 27.07 | 866.24 | 0/12 yrs | Avg. | 0% | (0.00) | 866.24 |

### CONTINUED - Fencing

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 31. R&R Chain link fence w/posts & top rail - 5' high - 9 gauge | 6.00 LF | 19.39 | 116.34 | 0/30 yrs | Avg. | 0% | (0.00) | 116.34 |
| 32. Clean with pressure/chemical spray Pressure wash reset fence to match new fence | 288.00 SF | 0.27 | 77.76 | 0/NA | Avg. | 0% | (0.00) | 77.76 |
| **Totals: Fencing** | | | **1,477.10** | | | | **0.00** | **1,477.10** |

### Food Loss

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 33. Food Loss Roast, poultry, condiments, seafood, dairy, desserts, vegetables, as agreed. | 1.00 EA | 500.00 | 500.00 | 0/NA | Avg. | 0% | (0.00) | 500.00 |
| **Totals: Food Loss** | | | **500.00** | | | | **0.00** | **500.00** |

### Debris Removal

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 34. Debris disposal - (Debris Removal)* | 1.00 EA | 500.00 | 500.00 | 0/NA | Avg. | NA | (0.00) | 500.00 |
| **Totals: Debris Removal** | | | **500.00** | | | | **0.00** | **500.00** |

### Construction Debris

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 35. Haul debris - per pickup truck load - including dump fees | 1.00 EA | 131.78 | 131.78 | 0/NA | Avg. | NA | (0.00) | 131.78 |
| **Totals: Construction Debris** | | | **131.78** | | | | **0.00** | **131.78** |

### Tree Removal

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 36. General Demolition (Tree Removal off house by Justin's Tree Service)* | 1.00 EA | 3,250.00 | 3,250.00 | 0/NA | Avg. | NA | (0.00) | 3,250.00 |

MICHAEL_MALTBA11

**CONTINUED - Tree Removal**

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 37. General Demolition (Tree Removal off fence by Justin's Tree Service)* | 1.00 EA | 3,250.00 | 3,250.00 | 0/NA | Avg. | NA | (0.00) | 3,250.00 |
| Totals: Tree Removal | | | 6,500.00 | | | | 0.00 | 6,500.00 |

**Second Inspection Sketch**

**Main Level**



**Dwelling Roof**

| | | |
|---|---|---|
| 4676.79 Surface Area | | 46.77 Number of Squares |
| 293.04 Total Perimeter Length | | 53.69 Total Ridge Length |
| 221.25 Total Hip Length | | |

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 39. Reglaze skylight - up to 6 SF | 1.00 EA | 159.81 | 159.81 | 0/15 yrs | Avg. | 0% | (0.00) | 159.81 |
| 40. Remove Laminated - comp. shingle rfg. - w/ felt | 21.10 SQ | 51.51 | 1,086.86 | 0/30 yrs | Avg. | NA | (0.00) | 1,086.86 |
| 41. Laminated - comp. shingle rfg. - w/out felt | 24.00 SQ | 167.04 | 4,008.96 | 0/30 yrs | Avg. | 0% | (0.00) | 4,008.96 |
| Auto Calculated Waste: 13.8%, 2.90SQ | | | | | | | | |
| Options: Valleys: Open, Include eave starter course: Yes, Include rake starter course: Yes, Exposure: 5 5/8", | | | | | | | | |
| Bundle Rounding: 0.4%, 0.09SQ - (included in waste calculation above) | | | | | | | | |
| 42. Roofing felt - 15 lb. | 21.10 SQ | 21.09 | 445.00 | 0/20 yrs | Avg. | 0% | (0.00) | 445.00 |
| 43. R&R Drip edge | 112.00 LF | 2.04 | 228.48 | 0/35 yrs | Avg. | 0% | (0.00) | 228.48 |
| 44. R&R Ridge cap - composition shingles | 210.00 LF | 4.55 | 955.50 | 0/25 yrs | Avg. | 0% | (0.00) | 955.50 |
| Totals: Dwelling Roof | | | 6,884.61 | | | | 0.00 | 6,884.61 |
| Total: Main Level | | | 6,884.61 | | | | 0.00 | 6,884.61 |
| Total: Second Inspection Sketch | | | 6,884.61 | | | | 0.00 | 6,884.61 |

**Labor Minimums Applied**

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 45. Drywall labor minimum* | 1.00 EA | 39.72 | 39.72 | 0/NA | Avg. | 0% | (0.00) | 39.72 |
| Totals: Labor Minimums Applied | | | 39.72 | | | | 0.00 | 39.72 |
| Line Item Totals: MICHAEL_MALTBA11 | | | 22,505.89 | | | | 14.87 | 22,491.02 |

[%] - Indicates that depreciate by percent was used for this item
[M] - Indicates that the depreciation percentage was limited by the maximum allowable depreciation for this item

## Grand Total Areas:

| | | |
|---|---|---|
| 752.14 SF Walls | 221.58 SF Ceiling | 973.71 SF Walls and Ceiling |
| 221.58 SF Floor | 24.62 SY Flooring | 94.02 LF Floor Perimeter |
| 0.00 SF Long Wall | 0.00 SF Short Wall | 94.02 LF Ceil. Perimeter |
| | | |
| 0.00 Floor Area | 0.00 Total Area | 0.00 Interior Wall Area |
| 602.54 Exterior Wall Area | 0.00 Exterior Perimeter of Walls | |
| | | |
| 4,676.79 Surface Area | 46.77 Number of Squares | 0.00 Total Perimeter Length |
| 53.69 Total Ridge Length | 221.25 Total Hip Length | |

| Coverage | Item Total | % | ACV Total | % |
|---|---|---|---|---|
| AA-Dwelling | 17,278.79 | 76.77% | 17,806.52 | 77.18% |
| A9-Dwelling - Mold | 0.00 | 0.00% | 0.00 | 0.00% |
| BB-Other Structures | 4,727.10 | 21.00% | 4,765.45 | 20.65% |
| B9-Other Structures - Mold | 0.00 | 0.00% | 0.00 | 0.00% |
| CC-Unscheduled Personal Property | 500.00 | 2.22% | 500.00 | 2.17% |
| C9-Unscheduled Personal Property - Mold | 0.00 | 0.00% | 0.00 | 0.00% |
| DD-Additional Living Expense | 0.00 | 0.00% | 0.00 | 0.00% |
| D9-Additional Living Expense - Mold | 0.00 | 0.00% | 0.00 | 0.00% |
| PF-Power Failure | 0.00 | 0.00% | 0.00 | 0.00% |
| RC-Replacement Cost - Contents | 0.00 | 0.00% | 0.00 | 0.00% |
| RD-Replacement Cost - Dwelling | 0.00 | 0.00% | 0.00 | 0.00% |
| RG-Residence Glass | 0.00 | 0.00% | 0.00 | 0.00% |
| XX-Liability | 0.00 | 0.00% | 0.00 | 0.00% |
| X9-Liability - Mold | 0.00 | 0.00% | 0.00 | 0.00% |
| YY-Guest Medical | 0.00 | 0.00% | 0.00 | 0.00% |
| Y9-Guest Medical - Mold | 0.00 | 0.00% | 0.00 | 0.00% |
| Total | 22,505.89 | 100.00% | 23,071.97 | 100.00% |

## Summary for
### AA-Dwelling
#### Summary for All Items

| | |
|---|---|
| Line Item Total | 17,278.79 |
| Material Sales Tax | 542.83 |
| **Replacement Cost Value** | **$17,821.62** |
| Less Depreciation | (15.10) |
| **Actual Cash Value** | **$17,806.52** |
| Less Deductible | (6,020.00) |
| **Net Claim** | **$11,786.52** |
| Total Recoverable Depreciation | 15.10 |
| **Net Claim if Depreciation is Recovered** | **$11,801.62** |

_____
Sam Bolling

## Summary for
### BB-Other Structures
#### Summary for All Items

| | |
|---|---:|
| Line Item Total | 4,727.10 |
| Material Sales Tax | 31.67 |
| Cleaning Mtl Tax | 0.24 |
| Cleaning Sales Tax | 6.44 |
| **Replacement Cost Value** | **$4,765.45** |
| Less Non-recoverable Depreciation | <0.00> |
| **Actual Cash Value** | **$4,765.45** |
| **Net Claim** | **$4,765.45** |

Sam Bolling

### Summary for
### CC-Unscheduled Personal Property
#### Summary for All Items

| | |
|---|---|
| Line Item Total | 500.00 |
| **Replacement Cost Value** | **$500.00** |
| Less Non-recoverable Depreciation | <0.00> |
| **Actual Cash Value** | **$500.00** |
| **Net Claim** | **$500.00** |

Sam Bolling

Depending upon the circumstances of your loss, our estimate may or may not include an amount for general contractor's overhead and profit. If you have questions regarding general contractor's overhead and profit and whether the services of a general contractor are appropriate for your loss, please contact your claim representative before proceeding with repairs.

This document includes a damage estimate for your property based on Replacement Cost Value (RCV) and Actual Cash Value (ACV). The ACV estimate reflects the RCV less the amount of any depreciation. Depreciation is the decrease in value of an item due to the item's condition, which takes into consideration age, life expectancy, usage, type of item, and market factors. As your adjuster has explained, depending on your policy, you may be able to recover your depreciation upon your repair or replacement of the covered damages.

During the claim process, we asked for your assistance in establishing the age and condition of your damaged items. If you have any questions regarding the age and condition applied to your property, or any other questions regarding this estimate, please contact your adjuster.

Specialized skill, licensing or certification may be needed of any contractor(s) that you retain, for instance, to identify the presence and nature of any potential contaminants, toxins, pollutants, or other hazards that may be encountered during the course of the work, or to utilize appropriate work practices and procedures during the course of the work. Check with your local or State public health or environmental agency regarding potential hazards, including contractor qualifications and other requirements. For your safety, it is prudent to avoid areas where damaged structures, materials or unknown substances may be present, and to not disturb such structures, material, or unknown substances until your contractors have inspected the work site.

The suggestions above are provided only for your consideration. They in no way supplement, alter or modify your existing coverage. Your insurance policy is the legal contract that contains the terms and limitations of your coverage.

If you have any concerns about the grade of flooring on your estimate, you may take advantage of a free service that will provide you with a more specific analysis. To use this option, please keep a 12" x 12" sample of your damaged flooring, and notify your Allstate adjuster that you would like the additional analysis.

**From:** claims@claims.allstate.com
**Date:** October 6, 2020 at 6:17:53 PM CDT
**To:** mike.maltba@yahoo.com
**Cc:** CQ6LF@ALLSTATE.COM
**Subject: Window / Claim#0598332450**

Mr. Maltba, I have reviewed the new photo of the document. It is much better and I was able to read it, so thank you!

Upon reviewing the document, your policy, my inspection results, and the estimate from the prior adjuster, I can not extend coverage to replace the windows. There are a few issues with the window portion of your claim, so I will address them one at a time.

1. Your glass company stated the windows can not be re-glazed, but the thermal glass needs to be replaced, or the whole window unit needs to be replaced. In our estimating tool, we have a lot more detail we see that is not included in the text of the estimates. I will copy and paste the details to the line items that call for, 'Reglaze double-pane thermal window unit, 10 - 16 sf'. The detail reads as follows:
Includes: 'Double pane thermal window unit, rubber gasket or window caulk, removing old glass and installation labor.
Green: LEED considers windows to be green if they meet one or more of the following standards: Residential: Windows, Air Infiltration, Building Orientation for Passive Solar. Commercial: Daylight, Quality Views.
Note: Cost to reglaze a 10 to 16 SF window.
Average life expectancy 18 years
Average depreciation 5.56% per year
Maximum depreciation 100%'

As you can see, this is what we are paying for. I also looked on the website for Southern Glass, whom sent the letter to you. Right on the home page, they state they can install new or repair broken windows or mirrors. Can replace sections of your windows or mirrors without replacing the complete unit. In many cases residential glass replacement can be completed in a single day.

For you own curiosity, I would ask them why your windows are not able to be handles any other way than by replacing the entire window unit.

2. As you can see from the above details from our estimating tool, the life expectancy is an average of 18 years. Your home was built in 1991, making these windows approximately 29 years, as you stated they are the original windows.

3. During my inspection, two things occurred; I observed evidence on all windows consistent with failed seals that failed a long time ago and have been repeatedly having the problem of condensation accumulating between panes. Second thing was when Mrs. Maltba stated she should have filed a claim on the last storm when the windows first started showing failed seals. Unfortunately, failed seals on windows are not covered unless it is from an event causing sudden and accidental damage. I can not tell you what would have happened if a claim had been filed years ago when Mrs. Maltba said it first started happening because no inspection was done at that time.



4. As I stated after the inspection, there is only one window I would have paid for if I were the original adjuster. The window in the front left of your dwelling that has a crack in the pane should have been paid for, but none of the others. I am not changing the estimate because it has already been filed and paid, so I am not taking the monies paid for windows away.

I am sorry you both have had a frustrating experience during your claim process. As an adjuster, my goal is always to bring 100% satisfaction to all customers! I understand you may not be happy or satisfied with my decision, but I hope I have helped find resolution to your window problem by giving you some things to look for, and some good questions to ask window companies about.

As for the roofing part of the estimate, I have made some changes to the estimate that I hope you will be satisfied with. I will call you soon to discuss that.

Thank you,

Samuel Bolling
Allstate Texas Lloyds
Phone: (877) 421-8342
Fax: (866) 222-0411
**claims@claims.allstate.com**

CONFIDENTIALITY/PRIVACY NOTICE: This e-mail, including any attachments, may contain personal, private and confidential information intended solely for use by the individual to whom it is addressed. If you are not the intended addressee, please be aware that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you received this message in error, please notify the sender immediately by e-mail and delete from your system.

**** Please do not delete your unique Conversation ID ****

*** Conversation ID: 40446B3F98FBBF5B ***

 **Allstate.** *PO BOX 672041*
*DALLAS TX 75267*
You're in good hands.

**DEC 3 1 2020**

LINDSAY, LINDSAY AND PARSONS Attorneys at Law
710 N 11TH ST
BEAUMONT TX 777021502

December 21, 2020

INSURED: MICHAEL MALTBA
DATE OF LOSS: August 27, 2020
CLAIM NUMBER: 0598332450 PBW

PHONE NUMBER: 877-421-8342
FAX NUMBER: 866-222-0411
OFFICE HOURS: Mon - Fri 7:00 am - 7:00 pm,
Sat 8:00 am - 5:00 pm

## Re: Your Claim Status

Dear LINDSAY, LINDSAY AND PARSONS Attorneys at Law,

As part of your claim that resulted from windstorm, you have requested Allstate Texas Lloyds to provide coverage for your property damage. Our investigation revealed: 1st: WINDOWS: Seals failed prior to this claim. There are photos from a prior loss, 0441417730, DOL 12/26/2016, that show the window seals had already failed even before that DOL.
2nd: FLOORS: The floors are ceramic tile, not vinyl plank tiles. There is no damage to the flooring. Any uneven tiles are due to poor workmanship and/or inconsistencies in tiles themselves.
3rd: FRONT ELEVATION: The overhead door and trim have no damage and no visible debris strikes. There are water stains and wear and tear on wood fascia and soffit that are from aging and maintenance needs.
4th: STONE PATH: The stone path has cracks all over it from beginning to end. Damage is due to settlement not a tree strike.
5th: ROOF SHEATHING: the sheathing is not damaged. Also, according to the building official they do not require the sheathing to be replaced due to not being marked. Email from Building Code Enforcer is attached in claim file notes.
6th. All the trim damage claimed is from poor workmanship and some due to the nature of wood that splits over time.
Unfortunately, Allstate Texas Lloyds cannot provide coverage for these damages because of the following provision in your Allstate Texas Lloyds policy:

Texas Homeowners Policy Form A AU2130

Section I Property Coverage

SECTION I—PERILS INSURED AGAINST COVERAGE A (DWELLING) AND
COVERAGE B (PERSONAL PROPERTY)

We insure against physical loss to the property described in
Coverage A (Dwelling) and Coverage B (Personal Property)
caused by a peril listed below, unless the loss is excluded in
Section I Exclusions.
1. Fire and Lightning.
2. Sudden and Accidental Damage from Smoke.
This peril does not cover loss caused by smog or by
smoke from industrial or agricultural operations.
3. Windstorm, Hurricane and Hail.
This peril does not cover:

0598332450 PBW



ALL-STATE LEGAL®

**EXHIBIT**

**3**

4000



b. A building or any part of a building that is in danger of falling down or caving in is not considered to be in a state of collapse.

c. A part of a building that is standing is not considered to be in a state of collapse even if it has separated from another part of the building.

d. A building or any part of a building that is standing is not considered to be in a state of collapse even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage, or expansion.

We do not cover loss resulting from subsidence.

14. Breakage of glass which is part of the building including glass in storm doors and storm windows.

15. Sudden and Accidental Discharge or Overflow of Water or Steam from within a plumbing, heating or air conditioning system or household appliance.

a. We cover the cost of tearing out and replacing that part of the dwelling structure, excluding the slab or foundation, necessary to repair or replace the system or appliance. But this coverage does not include loss to the system or appliance from which the water or steam escaped.

b. We do not cover sudden and accidental discharge, or overflow of water or steam from within a plumbing, heating or air conditioning system or household appliance that is either below the surface of the ground or is within or below the slab or foundation of the dwelling.

c. We do not cover loss caused by constant or repeated seepage or leakage of water or steam that occurs over a period of 14 days or more.

d. We do not cover loss caused by or resulting from freezing except as provided in Peril Insured Against 16. Freezing.

e. In this peril, a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, downspout or similar fixtures or equipment.

16. Freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance.

a. This peril does not include a loss caused by or resulting from freezing if you have not used reasonable care to:

(1) Maintain heat in the building; or

(2) Shut off the water supply and drain all systems and appliances of water.

However, if the building is protected by an automatic fire protective sprinkler system, you must use reasonable care to continue the water supply and maintain heat in the building for coverage to apply.

b. In this peril, a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, downspout or similar fixtures or equipment.

This letter <u>only</u> applies to listed damage areas. I will continue to work with you to evaluate your other damages.

1000020201221TR00800003200200200051



 ALLSTATE IMAGING COE PO BOX 672041
DALLAS TX 75267

You're in good hands.

JAN 0 4 2021

LINDSAY LAW FIRM PLLC
710 N 11TH ST
BEAUMONT TX 777021502

December 26, 2020

INSURED: MICHAEL MALTBA
DATE OF LOSS: August 27, 2020
CLAIM NUMBER: 0598332450 PJK

PHONE NUMBER: 800-724-6427
FAX NUMBER: 877-307-6061
OFFICE HOURS:

Dear LINDSAY LAW FIRM PLLC,

The inspection of your client's property is complete. Payment and a copy of the Allstate estimate were sent separately. Accordingly, we are closing our file at this time. If you wish to provide additional information for our review, you may forward that to claims@claims.allstate.com with your client's claim number. We will then review the information provided and advise you of our position.

Allstate does not waive any of its rights or defenses with regard to any potential claims under the policy by any action previously taken or by any action taken in the future. Rather Allstate reserves all of its rights and possible defenses in any way relating to questions raised by any such potential claims.

You may contact me at the number below or via fax at 877-307-6061.

Sincerely,

*Jessica KROMM*

Jessica KROMM
800-724-6427 Ext. 6678048
Allstate Texas Lloyds



EXHIBIT
4

ALL-STATE LEGAL

GENI001

0598332450 PJK



300002020201226TR0010008750UU1001001287

|  |  |  |  |
|---|---|---|---|
| Insured: | MICHAEL MALTBA | Home: | (409) 351-1688 |
| Property: | 2704 BEAR TRL | E-mail: | MIKE.MALTBA@YAHOO.COM |
|  | ORANGE, TX 77632-0760 |  |  |
| Home: | 2704 BEAR TRL |  |  |
|  | ORANGE, TX 77632-0760 |  |  |

|  |  |  |  |
|---|---|---|---|
| Claim Rep.: | Sam Bolling | Business: | (800) 547-8676 |
| Estimator: | Sam Bolling | Business: | (800) 547-8676 |

**Claim Number:** 0598332450        **Policy Number:** 000936443938        **Type of Loss:** Windstorm

| | | | |
|---|---|---|---|
| Date Contacted: | 12/9/2020 11:49 AM | | |
| Date of Loss: | 8/27/2020 8:00 AM | Date Received: | 8/30/2020 8:38 AM |
| Date Inspected: | 12/9/2020 5:49 PM | Date Entered: | 9/12/2020 3:49 PM |
| Date Est. Completed: | 10/6/2020 7:16 PM | | |

| | |
|---|---|
| Price List: | TXBM8X_DEC20 |
| | Restoration/Service/Remodel |
| Estimate: | MICHAEL_MALTBA |

Allstate is dedicated to providing you with outstanding service throughout the claim-handling process. If you have any questions regarding this estimate or if additional damage is found during the repair process, please contact us at (800) 547-8676. Please also contact us at (800) 547-8676 if there are differences or discrepancies between our estimate and the estimate provided by your repair person of choice. Please be prepared to provide us with your repair person's estimate and all information and documentation relating to any differences or discrepancies.

Thank you,

¬Sam Bolling

MICHAEL_MALTBA

Trees

### Tree Removal

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 46. TREE REMOVAL* | 1.00 EA | 3,500.00 | 3,500.00 | 0/NA Avg. | | NA | (0.00) | 3,500.00 |
| THIS IS FOR INVOICE PAID TO JUSTINS TREE SERVICE FOR 7,000.00, TO CUT UP TREES AND SET TO CURB. WILL SPLIT UP BETWEEN AA AND BB COVERAGE. | | | | | | | | |
| 47. TREE REMOVAL* | 1.00 EA | 3,500.00 | 3,500.00 | 0/NA Avg. | | NA | (0.00) | 3,500.00 |
| THIS IS FOR INVOICE PAID TO JUSTINS TREE SERVICE FOR 7,000.00, TO CUT UP TREES AND SET TO CURB. WILL SPLIT UP BETWEEN AA AND BB COVERAGE. | | | | | | | | |

| Totals: Tree Removal | | | 7,000.00 | | | | 0.00 | 7,000.00 |
|---|---|---|---|---|---|---|---|---|

| Total: Trees | | | 7,000.00 | | | | 0.00 | 7,000.00 |
|---|---|---|---|---|---|---|---|---|

Dwelling

Exterior



### Dwelling Roof

4676.79 Surface Area
293.04 Total Perimeter Length
221.25 Total Hip Length

46.77 Number of Squares
53.69 Total Ridge Length

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 48. R&R Tarp - all-purpose poly - per sq ft (labor and material) | 700.00 SF | 0.75 | 525.00 | 12/NA Avg. | | 0% | (0.00) | 525.00 |
| 39. Reglaze skylight - up to 6 SF | 1.00 EA | 159.85 | 159.85 | 12/15 yrs Avg. | | 80% | (127.88) | 31.97 |
| 40. Remove Laminated - comp. shingle rfg. - w/ felt | 46.77 SQ | 51.64 | 2,415.20 | 12/30 yrs Avg. | | NA | (0.00) | 2,415.20 |
| 42. Roofing felt - 15 lb. | 46.77 SQ | 21.09 | 986.38 | 12/20 yrs Avg. | | 60% | (591.83) | 394.55 |
| 41. Laminated - comp. shingle rfg. - w/out felt | 53.00 SQ | 167.41 | 8,872.73 | 12/30 yrs Avg. | | 40% | (3,549.09) | 5,323.64 |
| Auto Calculated Waste: 13.3%, 6.23SQ<br>Options: Valleys: Closed-cut (half laced), Include eave starter course: Yes, Include rake starter course: Yes, Exposure: 5 5/8",<br>Bundle Rounding: 0.2%, 0.09SQ - (included in waste calculation above) | | | | | | | | |
| 43. Drip edge | 293.04 LF | 1.73 | 506.96 | 12/35 yrs Avg. | | 34.29% | (173.81) | 333.15 |
| 44. R&R Ridge cap - composition shingles | 274.95 LF | 4.57 | 1,256.53 | 12/25 yrs Avg. | | 48% | (378.77) | 877.76 |
| 49. R&R Continuous ridge vent - shingle-over style | 44.00 LF | 7.61 | 334.84 | 12/35 yrs Avg. | | 34.29% | (102.88) | 231.96 |
| 50. Remove Additional charge for steep roof - 7/12 to 9/12 slope | 46.77 SQ | 13.02 | 608.95 | 12/NA Avg. | | NA | (0.00) | 608.95 |
| 51. Additional charge for steep roof - 7/12 to 9/12 slope | 46.77 SQ | 27.90 | 1,304.88 | 12/NA Avg. | | 0% | (0.00) | 1,304.88 |
| 52. R&R Flashing - pipe jack - 6" | 1.00 EA | 52.17 | 52.17 | 12/35 yrs Avg. | | 34.29% | (15.64) | 36.53 |
| 53. Flashing - pipe jack | 3.00 EA | 31.61 | 94.83 | 12/35 yrs Avg. | | 34.29% | (32.51) | 62.32 |
| 54. R&R Chimney flashing - large (32" x 60") | 1.00 EA | 390.09 | 390.09 | 12/35 yrs Avg. | | 34.29% | (125.76) | 264.33 |

| Totals: Dwelling Roof | | | 17,508.41 | | | | 5,098.17 | 12,410.24 |
|---|---|---|---|---|---|---|---|---|

MICHAEL_MALTBA                                                          12/22/2020          Page: 2

## Front Elevation

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 55. R&R Gutter / downspout - aluminum - up to 5" | 34.00 LF | 6.90 | 234.60 | 15/25 yrs | Avg. | 60% | (131.17) | 103.43 |
| 56. Detach & Reset Gutter guard/screen | 24.00 LF | 2.84 | 68.16 | 0/20 yrs | Avg. | 0% | (0.00) | 68.16 |
| 57. Prime & paint gutter / downspout | 34.00 LF | 1.56 | 53.04 | 15/15 yrs | Avg. | 90% [M] | (47.74) | 5.30 |
| 58. Clean overhead door & hardware - Large | 1.00 EA | 48.98 | 48.98 | 15/NA | Avg. | 0% | (0.00) | 48.98 |
| 59. R&R Aluminum window, single hung 20-28 sf (2 pane w/thermal) | 1.00 EA | 449.66 | 449.66 | 15/18 yrs | Avg. | 83.33% | (357.19) | 92.47 |

Includes: Vertical sliding window, screen, and installation labor.  Labor cost to remove a large, single hung vinyl window and to discard in a job-site waste receptacle. Excludes: Low E glazing.
Quality: 20-28 SF single hung window with standard duty vinyl frame, standard duty hardware (pivots, latches), and double glazing.  The glazing unit is 1/2" wide.

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 60. Add on for grid (double or triple pane windows) | 21.00 SF | 3.84 | 80.64 | 15/18 yrs | Avg. | 83.33% | (67.20) | 13.44 |
| 61. Add. charge for a retrofit window, 12-23 sf - difficult | 1.00 EA | 184.26 | 184.26 | 15/30 yrs | Avg. | 50% | (92.13) | 92.13 |
| 62. R&R Solar window screen, 11 - 25 SF | 1.00 EA | 91.32 | 91.32 | 15/30 yrs | Avg. | 50% | (43.90) | 47.42 |

FRONT RIGHT WINDOW

| | QUANTITY | UNIT | RCV | | | | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| **Totals:  Front Elevation** | | | 1,210.66 | | | | 739.33 | 471.33 |

## Right Elevation

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 63. R&R Gutter / downspout - aluminum - up to 5" | 102.00 LF | 6.90 | 703.80 | 15/25 yrs | Avg. | 60% | (393.52) | 310.28 |
| 64. Detach & Reset Gutter guard/screen | 72.00 LF | 2.84 | 204.48 | 0/20 yrs | Avg. | 0% | (0.00) | 204.48 |
| 65. Prime & paint gutter / downspout | 102.00 LF | 1.56 | 159.12 | 15/15 yrs | Avg. | 90% [M] | (143.21) | 15.91 |
| 66. R&R Exterior light fixture | 1.00 EA | 96.75 | 96.75 | 15/20 yrs | Avg. | 75% | (63.80) | 32.95 |

| | QUANTITY | UNIT | RCV | | | | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| **Totals:  Right Elevation** | | | 1,164.15 | | | | 600.53 | 563.62 |

## Rear Elevation

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 25. Heat, Vent, & Air Conditioning (Technician Invoice)* | 1.00 EA | 99.00 | 99.00 | 15/NA | Avg. | 0% | (0.00) | 99.00 |

reset the a/c displaced by storm winds

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 67. R&R air conditioning security cage | 1.00 EA | 312.37 | 312.37 | 15/15 yrs | Avg. | 90% [M] | (270.66) | 41.71 |
| 68. R&R Gutter / downspout - aluminum - up to 5" | 72.00 LF | 6.90 | 496.80 | 15/25 yrs | Avg. | 60% | (277.78) | 219.02 |
| 69. Detach & Reset Gutter guard/screen | 49.00 LF | 2.84 | 139.16 | 0/20 yrs | Avg. | 0% | (0.00) | 139.16 |
| 70. Prime & paint gutter / downspout | 72.00 LF | 1.56 | 112.32 | 15/15 yrs | Avg. | 90% [M] | (101.09) | 11.23 |
| 71. R&R Aluminum window, single hung 20-28 sf (2 pane w/thermal) | 2.00 EA | 449.66 | 899.32 | 15/18 yrs | Avg. | 83.33% | (714.38) | 184.94 |

Includes: Vertical sliding window, screen, and installation labor.  Labor cost to remove a large, single hung vinyl window and to discard in a job-site waste receptacle. Excludes: Low E glazing.
Quality: 20-28 SF single hung window with standard duty vinyl frame, standard duty hardware (pivots, latches), and double glazing.  The glazing unit is 1/2" wide.

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 72. Add on for grid (double or triple pane windows) | 42.00 SF | 3.84 | 161.28 | 15/18 yrs | Avg. | 83.33% | (134.40) | 26.88 |

MICHAEL_MALTBA                                              12/22/2020          Page: 3

## CONTINUED - Rear Elevation

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 73. Add. charge for a retrofit window, 12-23 sf - difficult | 2.00 EA | 184.26 | 368.52 | 15/30 yrs | Avg. | 50% | (184.26) | 184.26 |
| **Totals: Rear Elevation** | | | 2,588.77 | | | | 1,682.57 | 906.20 |

### Left Elevation

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 74. R&R Gutter / downspout - aluminum - up to 5" | 130.00 LF | 6.90 | 897.00 | 15/25 yrs | Avg. | 60% | (501.54) | 395.46 |
| 75. Detach & Reset Gutter guard/screen | 100.00 LF | 2.84 | 284.00 | 0/20 yrs | Avg. | 0% | (0.00) | 284.00 |
| 76. Prime & paint gutter / downspout | 130.00 LF | 1.56 | 202.80 | 15/15 yrs | Avg. | 90% [M] | (182.52) | 20.28 |
| **Totals: Left Elevation** | | | 1,383.80 | | | | 684.06 | 699.74 |
| **Total: Exterior** | | | 23,855.79 | | | | 8,804.66 | 15,051.13 |

### Interior

**Foyer/Entry**                                                                 Height: 10'



441.98 SF Walls                 165.33 SF Ceiling
607.32 SF Walls & Ceiling       165.33 SF Floor
18.37 SY Flooring               33.08 LF Floor Perimeter
65.33 LF Ceil. Perimeter

| | | |
|---|---|---|
| Door | 4' X 6' 8" | Opens into KITCHEN |
| Missing Wall | 4' 1 3/4" X 10' | Opens into LIVING_ROOM |
| Missing Wall - Goes to Floor | 4' 10" X 6' 8" | Opens into OFFICE |
| Missing Wall - Goes to Floor | 7' 4" X 6' 8" | Opens into OFFICE |
| Missing Wall - Goes to Floor | 5' 1" X 6' 8" | Opens into DINING_ROOM |
| Door | 6' X 6' 5/8" | Opens into Exterior |
| Door | 2' 6" X 6' 8" | Opens into FOYER_CLOSET |
| Door | 2' 6" X 6' 8" | Opens into FOYER_CLOSET |

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 77. Contents - move out then reset - Small room | 1.00 EA | 35.28 | 35.28 | 0/NA | Avg. | 0% | (0.00) | 35.28 |
| 78. R&R 1/2" drywall - hung, taped, ready for texture | 4.00 SF | 2.40 | 9.60 | 0/150 yrs | Avg. | 0% | (0.00) | 9.60 |

MICHAEL_MALTBA                                                 12/22/2020              Page: 4

**CONTINUED - Foyer/Entry**

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| REPAIR TO DRYWALL NOT AROUND WINDOWS | | | | | | | | |
| 79. Texture drywall - machine - knockdown | 4.00 SF | 0.56 | 2.24 | 0/150 yrs | Avg. | 0% | (0.00) | 2.24 |
| 80. Seal/prime then paint the surface area (2 coats) | 4.00 SF | 0.92 | 3.68 | 0/15 yrs | Avg. | 0% | (0.00) | 3.68 |
| PRIME AND PAINT REPAIRED SURFACE | | | | | | | | |
| 81. Paint the walls - one coat | 441.98 SF | 0.63 | 278.45 | 3/15 yrs | Avg. | 20% | (55.69) | 222.76 |
| Note: Painters frequently remove switch and outlet cover plates, drop light fixtures, and move items away from walls to make painting easier. An average amount of this kind of prep work is included. | | | | | | | | |
| 82. Casing - Detach & reset | 21.00 LF | 1.49 | 31.29 | 0/NA | Avg. | 0% | (0.00) | 31.29 |
| 83. Paint casing - one coat | 21.00 LF | 0.93 | 19.53 | 0/15 yrs | Avg. | 0% | (0.00) | 19.53 |
| 84. Floor protection - plastic and tape - 10 mil | 165.33 SF | 0.29 | 47.95 | 0/15 yrs | Avg. | 0% | (0.00) | 47.95 |
| **Totals: Foyer/Entry** | | | **428.02** | | | | **55.69** | **372.33** |

---

**Foyer Closet**                                                                 **Height: 10'**

Foyer/Entry

| | |
|---|---|
| 119.23 SF Walls | 10.62 SF Ceiling |
| 129.86 SF Walls & Ceiling | 10.62 SF Floor |
| 1.18 SY Flooring | 10.26 LF Floor Perimeter |
| 15.26 LF Ceil. Perimeter | |

| Door | 2' 6" X 6' 8" | Opens into FOYER_ENTRY |
|---|---|---|
| Door | 2' 6" X 6' 8" | Opens into FOYER_ENTRY |

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| NO VISIBLE DAMAGE | | | | | | | | |
| **Totals: Foyer Closet** | | | **0.00** | | | | **0.00** | **0.00** |

**Dining Room**                                                                 Height: 10'

| 366.22 SF Walls | 136.97 SF Ceiling |
| 503.19 SF Walls & Ceiling | 136.97 SF Floor |
| 15.22 SY Flooring | 36.67 LF Floor Perimeter |
| 47.33 LF Ceil. Perimeter | |

| Window | 3' X 6' | Opens into Exterior |
| Window | 3' X 6' | Opens into Exterior |
| Missing Wall - Goes to Floor | 5' 1" X 6' 8" | Opens into FOYER_ENTRY |
| Missing Wall - Goes to Floor | 5' 7" X 6' 8" | Opens into OFFICE |

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 85. Contents - move out then reset | 1.00 EA | 46.99 | 46.99 | 0/NA | Avg. | 0% | (0.00) | 46.99 |
| 86. Window blind - horizontal or vertical - Detach & reset | 2.00 EA | 27.53 | 55.06 | 0/NA | Avg. | 0% | (0.00) | 55.06 |
| 87. Drywall patch / small repair, ready for paint | 4.00 EA | 77.23 | 308.92 | 0/150 yrs | Avg. | 0% | (0.00) | 308.92 |
| ALLOWANCE FOR DRYWALL REPAIR AROUND WINDOWS. THIS LINE ITEM IS MORE APPROPRIATE FOR REPAIRS AROUND THE WINDOWS DUE TO THE SMALL AREA AND DETAIL. USING TWO PER LOWER WINDOW SINCE REPAIR IS UP TO 4SF AND LOWER UNIT REPAIRS ARE APPROXIMATELY 7SF. USING ONE PER UPPER WINDOW. | | | | | | | | |
| Includes: Drywall, metal corner bead, joint compound, joint tape, nails, screws, texture, and installation labor. | | | | | | | | |
| Quality: Up to 4 square feet of drywall, patched, textured, ready for paint | | | | | | | | |
| 88. Mask the surface area per square foot - plastic and tape - 4 mil | 42.00 SF | 0.23 | 9.66 | 0/15 yrs | Avg. | 0% | (0.00) | 9.66 |
| MASKING WINDOWS FOR DRYALL REPAIR AND PAINTING. | | | | | | | | |
| 89. R&R 1/2" drywall - hung, taped, ready for texture | 4.00 SF | 2.40 | 9.60 | 0/150 yrs | Avg. | 0% | (0.00) | 9.60 |
| REPAIR TO DRYWALL NOT AROUND WINDOWS | | | | | | | | |
| 90. Texture drywall - machine - knockdown | 4.00 SF | 0.56 | 2.24 | 0/150 yrs | Avg. | 0% | (0.00) | 2.24 |
| FOR TEXTURE REPAIRS NOT AROUND WINDOWS. | | | | | | | | |
| 91. Seal/prime then paint the surface area (2 coats) | 4.00 SF | 0.92 | 3.68 | 0/15 yrs | Avg. | 0% | (0.00) | 3.68 |
| PRIME AND PAINT REPAIRED SURFACE | | | | | | | | |
| 92. Paint the walls - one coat | 366.22 SF | 0.63 | 230.72 | 3/15 yrs | Avg. | 20% | (46.14) | 184.58 |
| Note: Painters frequently remove switch and outlet cover plates, drop light fixtures, and move items away from walls to make painting easier. An average amount of this kind of prep work is included. | | | | | | | | |
| 93. Casing - Detach & reset | 17.00 LF | 1.49 | 25.33 | 0/NA | Avg. | 0% | (0.00) | 25.33 |
| 94. Paint casing - one coat | 17.00 LF | 0.93 | 15.81 | 0/15 yrs | Avg. | 0% | (0.00) | 15.81 |
| 95. Floor protection - plastic and tape - 10 mil | 136.97 SF | 0.29 | 39.72 | 0/15 yrs | Avg. | 0% | (0.00) | 39.72 |

| **Totals: Dining Room** | | | **747.73** | | | | **46.14** | **701.59** |

**Office**                                                                                               Height: 10'

| | |
|---|---|
| 304.90 SF Walls | 161.17 SF Ceiling |
| 466.07 SF Walls & Ceiling | 161.17 SF Floor |
| 17.91 SY Flooring | 23.57 LF Floor Perimeter |
| 49.73 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| Missing Wall - Goes to Floor | 7' 4" X 6' 8" | Opens into FOYER_ENTRY |
| Missing Wall - Goes to Floor | 5' 7" X 6' 8" | Opens into DINING_ROOM |
| Window | 3' X 6' | Opens into Exterior |
| Missing Wall - Goes to Floor | 8' 5" X 6' 8" | Opens into LIVING_ROOM |
| Missing Wall - Goes to Floor | 4' 10" X 6' 8" | Opens into FOYER_ENTRY |

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 96.  Contents - move out then reset | 1.00 EA | 46.99 | 46.99 | 0/NA | Avg. | 0% | (0.00) | 46.99 |
| 97.  Window blind - horizontal or vertical - Detach & reset | 1.00 EA | 27.53 | 27.53 | 0/NA | Avg. | 0% | (0.00) | 27.53 |
| 98.  R&R 1/2" drywall - hung, taped, ready for texture | 16.00 SF | 2.40 | 38.40 | 0/150 yrs | Avg. | 0% | (0.00) | 38.40 |
| REPAIR TO DRYWALL NOT AROUND WINDOWS | | | | | | | | |
| 99.  Drywall tape joint/repair - per LF | 10.00 LF | 7.90 | 79.00 | 0/150 yrs | Avg. | 0% | (0.00) | 79.00 |
| 100.  Texture drywall - machine - knockdown | 26.00 SF | 0.56 | 14.56 | 0/150 yrs | Avg. | 0% | (0.00) | 14.56 |
| FOR TEXTURE REPAIRS NOT AROUND WINDOWS. | | | | | | | | |
| 101.  Drywall patch / small repair, ready for paint | 2.00 EA | 77.23 | 154.46 | 0/150 yrs | Avg. | 0% | (0.00) | 154.46 |
| ALLOWANCE FOR DRYWALL REPAIR AROUND WINDOWS. THIS LINE ITEM IS MORE APPROPRIATE FOR REPAIRS AROUND THE WINDOWS DUE TO THE SMALL AREA AND DETAIL. USING TWO PER LOWER WINDOW SINCE REPAIR IS UP TO 4SF AND LOWER UNIT REPAIRS ARE APPROXIMATELY 7SF. USING ONE PER UPPER WINDOW. | | | | | | | | |
| Includes: Drywall, metal corner bead, joint compound, joint tape, nails, screws, texture, and installation labor. | | | | | | | | |
| Quality: Up to 4 square feet of drywall, patched, textured, ready for paint | | | | | | | | |
| 102.  Mask the surface area per square foot - plastic and tape - 4 mil | 21.00 SF | 0.23 | 4.83 | 0/15 yrs | Avg. | 0% | (0.00) | 4.83 |
| MASKING WINDOWS FOR DRYALL REPAIR AND PAINTING. | | | | | | | | |
| 103.  Seal/prime then paint the surface area (2 coats) | 33.00 SF | 0.92 | 30.36 | 0/15 yrs | Avg. | 0% | (0.00) | 30.36 |
| PRIME AND PAINT REPAIRED SURFACE | | | | | | | | |
| 104.  Paint the walls and ceiling - one coat | 466.07 SF | 0.63 | 293.62 | 3/15 yrs | Avg. | 20% | (58.72) | 234.90 |
| Note: Painters frequently remove switch and outlet cover plates, drop light fixtures, and move items away from walls to make painting easier.  An average amount of this kind of prep work is included. | | | | | | | | |
| 105.  Floor protection - plastic and tape - 10 mil | 161.17 SF | 0.29 | 46.74 | 0/15 yrs | Avg. | 0% | (0.00) | 46.74 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Totals: Office | | | 736.49 | | | | 58.72 | 677.77 |

## Living Room
Height: 10'

| | |
|---|---|
| 554.60 SF Walls | 349.56 SF Ceiling |
| 904.16 SF Walls & Ceiling | 349.56 SF Floor |
| 38.84 SY Flooring | 56.39 LF Floor Perimeter |
| 69.80 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| Door | 2' 6" X 6' 8" | Opens into KITCHEN |
| Missing Wall | 4' 1 3/4" X 10' | Opens into FOYER_ENTRY |
| Missing Wall - Goes to Floor | 8' 5" X 6' 8" | Opens into OFFICE |
| Window | 3' X 6' | Opens into Exterior |
| Window | 3' X 6' | Opens into Exterior |
| Window | 3' X 6' | Opens into Exterior |
| Door | 2' 6" X 6' 8" | Opens into HALLWAY |

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 106. Contents - move out then reset - Large room | 1.00 EA | 70.49 | 70.49 | 0/NA | Avg. | 0% | (0.00) | 70.49 |
| 107. Window blind - horizontal or vertical - Detach & reset | 3.00 EA | 27.53 | 82.59 | 0/NA | Avg. | 0% | (0.00) | 82.59 |
| 108. R&R 1/2" drywall - hung, taped, ready for texture | 16.00 SF | 2.40 | 38.40 | 0/150 yrs | Avg. | 0% | (0.00) | 38.40 |
| REPAIR TO DRYWALL NOT AROUND WINDOWS | | | | | | | | |
| 109. Drywall tape joint/repair - per LF | 10.00 LF | 7.90 | 79.00 | 0/150 yrs | Avg. | 0% | (0.00) | 79.00 |
| 110. Texture drywall - machine - knockdown | 26.00 SF | 0.56 | 14.56 | 0/150 yrs | Avg. | 0% | (0.00) | 14.56 |
| FOR TEXTURE REPAIRS NOT AROUND WINDOWS. | | | | | | | | |
| 111. Mask the surface area per square foot - plastic and tape - 4 mil | 72.00 SF | 0.23 | 16.56 | 0/15 yrs | Avg. | 0% | (0.00) | 16.56 |
| MASKING WINDOWS FOR DRYALL REPAIR AND PAINTING. | | | | | | | | |
| 112. Drywall patch / small repair, ready for paint | 9.00 SF | 77.23 | 695.07 | 0/150 yrs | Avg. | 0% | (0.00) | 695.07 |
| ALLOWANCE FOR DRYWALL REPAIR AROUND WINDOWS. THIS LINE ITEM IS MORE APPROPRIATE FOR REPAIRS AROUND THE WINDOWS DUE TO THE SMALL AREA AND DETAIL. USING TWO PER LOWER WINDOW SINCE REPAIR IS UP TO 4SF AND LOWER UNIT REPAIRS ARE APPROXIMATELY 7SF. USING ONE PER UPPER WINDOW. | | | | | | | | |
| Includes: Drywall, metal corner bead, joint compound, joint tape, nails, screws, texture, and installation labor. | | | | | | | | |
| Quality: Up to 4 square feet of drywall, patched, textured, ready for paint | | | | | | | | |
| 113. Seal/prime then paint the surface area (2 coats) | 56.00 SF | 0.92 | 51.52 | 0/15 yrs | Avg. | 0% | (0.00) | 51.52 |
| PRIME AND PAINT REPAIRED SURFACE | | | | | | | | |
| 114. Paint the walls - one coat | 554.60 SF | 0.63 | 349.40 | 3/15 yrs | Avg. | 20% | (69.88) | 279.52 |
| Note: Painters frequently remove switch and outlet cover plates, drop light fixtures, and move items away from walls to make painting easier. An average amount of this kind of prep work is included. | | | | | | | | |
| 115. R&R Baseboard - 4" w/ cap and shoe | 12.00 LF | 6.29 | 75.48 | 0/150 yrs | Avg. | 0% | (0.00) | 75.48 |
| 116. Paint baseboard w/cap &/or shoe - two coats | 12.00 LF | 1.65 | 19.80 | 0/15 yrs | Avg. | 0% | (0.00) | 19.80 |
| 117. Floor protection - plastic and tape - 10 mil | 349.56 SF | 0.29 | 101.37 | 0/15 yrs | Avg. | 0% | (0.00) | 101.37 |

| Totals: Living Room | | | 1,594.24 | | | | 69.88 | 1,524.36 |
|---|---|---|---|---|---|---|---|---|



## Kitchen
**Height: Peaked**

| | |
|---|---|
| 789.21 SF Walls | 372.57 SF Ceiling |
| 1161.79 SF Walls & Ceiling | 340.12 SF Floor |
| 37.79 SY Flooring | 67.99 LF Floor Perimeter |
| 82.70 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| Door | 2' 6" X 6' 8" | Opens into LIVING_ROOM |
| Door | 4' X 6' 8" | Opens into FOYER_ENTRY |
| Door | 2' 6" X 6' 8" | Opens into PANTRY |
| Door | 2' 6" X 6' 8" | Opens into ROOM4 |
| Window | 3' X 6' | Opens into Exterior |
| Window | 3' X 6' | Opens into Exterior |

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 118. Contents - move out then reset - Large room | 1.00 EA | 70.49 | 70.49 | 0/NA | Avg. | 0% | (0.00) | 70.49 |
| 119. Window blind - horizontal or vertical - Detach & reset | 2.00 EA | 27.53 | 55.06 | 0/NA | Avg. | 0% | (0.00) | 55.06 |
| 120. Drywall tape joint/repair - per LF | 15.00 LF | 7.90 | 118.50 | 0/150 yrs | Avg. | 0% | (0.00) | 118.50 |
| 121. Texture drywall - machine - knockdown | 15.00 SF | 0.56 | 8.40 | 0/150 yrs | Avg. | 0% | (0.00) | 8.40 |
| FOR TEXTURE REPAIRS NOT AROUND WINDOWS. | | | | | | | | |
| 122. Mask the surface area per square foot - plastic and tape - 4 mil | 48.00 SF | 0.23 | 11.04 | 0/15 yrs | Avg. | 0% | (0.00) | 11.04 |
| MASKING WINDOWS FOR DRYALL REPAIR AND PAINTING. | | | | | | | | |
| 123. Drywall patch / small repair, ready for paint | 6.00 EA | 77.23 | 463.38 | 0/150 yrs | Avg. | 0% | (0.00) | 463.38 |
| ALLOWANCE FOR DRYWALL REPAIR AROUND WINDOWS. THIS LINE ITEM IS MORE APPROPRIATE FOR REPAIRS AROUND THE WINDOWS DUE TO THE SMALL AREA AND DETAIL. USING TWO PER LOWER WINDOW SINCE REPAIR IS UP TO 4SF AND LOWER UNIT REPAIRS ARE APPROXIMATELY 7SF. USING ONE PER UPPER WINDOW. | | | | | | | | |
| Includes: Drywall, metal corner bead, joint compound, joint tape, nails, screws, texture, and installation labor. | | | | | | | | |
| Quality: Up to 4 square feet of drywall, patched, textured, ready for paint | | | | | | | | |
| 124. Seal/prime then paint the surface area (2 coats) | 20.00 SF | 0.92 | 18.40 | 0/15 yrs | Avg. | 0% | (0.00) | 18.40 |
| PRIME AND PAINT REPAIRED SURFACE | | | | | | | | |
| 125. Paint the walls and ceiling - one coat | 1,161.79 SF | 0.63 | 731.93 | 3/15 yrs | Avg. | 20% | (146.39) | 585.54 |
| Note: Painters frequently remove switch and outlet cover plates, drop light fixtures, and move items away from walls to make painting easier. An average amount of this kind of prep work is included. | | | | | | | | |
| 126. Floor protection - plastic and tape - 10 mil | 340.12 SF | 0.29 | 98.63 | 0/15 yrs | Avg. | 0% | (0.00) | 98.63 |

| Totals: Kitchen | | | 1,575.83 | | | | 146.39 | 1,429.44 |
|---|---|---|---|---|---|---|---|---|

## Pantry
**Height: 10'**

| | |
|---|---|
| 182.29 SF Walls | 24.54 SF Ceiling |
| 206.83 SF Walls & Ceiling | 24.54 SF Floor |
| 2.73 SY Flooring | 17.40 LF Floor Perimeter |
| 19.90 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| Door | 2' 6" X 6' 8" | Opens into KITCHEN |

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| NO VISIBLE DAMAGE | | | | | | | | |
| **Totals: Pantry** | | | 0.00 | | | | 0.00 | 0.00 |



**Kitchen Hall**                                                    Height: 10'

132.57 SF Walls                         20.03 SF Ceiling
152.60 SF Walls & Ceiling               20.03 SF Floor
2.23 SY Flooring                        10.76 LF Floor Perimeter
18.26 LF Ceil. Perimeter

| Door | 2' 6" X 6' 8" | Opens into KITCHEN |
|---|---|---|
| Door | 2' 6" X 6' 8" | Opens into KITCHEN_HALL |
| Door | 2' 6" X 6' 8" | Opens into GARAGE |

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 127. Drywall tape joint/repair - per LF | 18.26 LF | 7.90 | 144.25 | 0/150 yrs | Avg. | 0% | (0.00) | 144.25 |
| 128. Texture drywall - machine - knockdown | 18.26 SF | 0.56 | 10.23 | 0/150 yrs | Avg. | 0% | (0.00) | 10.23 |
| FOR TEXTURE REPAIRS NOT AROUND WINDOWS. | | | | | | | | |
| 129. Seal/prime then paint the surface area (2 coats) | 18.26 SF | 0.92 | 16.80 | 0/15 yrs | Avg. | 0% | (0.00) | 16.80 |
| PRIME AND PAINT REPAIRED SURFACE | | | | | | | | |
| 130. Paint the walls and ceiling - one coat | 152.60 SF | 0.63 | 96.14 | 3/15 yrs | Avg. | 20% | (19.23) | 76.91 |
| Note: Painters frequently remove switch and outlet cover plates, drop light fixtures, and move items away from walls to make painting easier.  An average amount of this kind of prep work is included. | | | | | | | | |
| 131. Floor protection - plastic and tape - 10 mil | 20.03 SF | 0.29 | 5.81 | 0/15 yrs | Avg. | 0% | (0.00) | 5.81 |
| 132. Contents - move out then reset | 1.00 EA | 46.99 | 46.99 | 0/NA | Avg. | 0% | (0.00) | 46.99 |
| **Totals: Kitchen Hall** | | | 320.22 | | | | 19.23 | 300.99 |



**Kitchen Hall Closet**                                            Height: 10'

132.57 SF Walls                         10.92 SF Ceiling
143.50 SF Walls & Ceiling               10.92 SF Floor
1.21 SY Flooring                        12.42 LF Floor Perimeter
14.92 LF Ceil. Perimeter

| Door | 2' 6" X 6' 8" | Opens into ROOM4 |
|---|---|---|

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| NO VISIBLE DAMAGE | | | | | | | | |
| **Totals: Kitchen Hall Closet** | | | 0.00 | | | | 0.00 | 0.00 |



## Garage

Height: 10'

| | |
|---|---|
| 735.67 SF Walls | 482.13 SF Ceiling |
| 1217.79 SF Walls & Ceiling | 482.13 SF Floor |
| 53.57 SY Flooring | 67.33 LF Floor Perimeter |
| 87.83 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| Door | 18' X 7' | Opens into Exterior |
| Door | 2' 6" X 6' 8" | Opens into ROOM4 |

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 133. Contents - move out then reset - Large room | 1.00 EA | 70.49 | 70.49 | 0/NA | Avg. | 0% | (0.00) | 70.49 |
| 134. Mask wall - plastic, paper, tape (per LF) | 87.83 LF | 1.38 | 121.21 | 0/150 yrs | Avg. | 0% | (0.00) | 121.21 |
| 135. Drywall tape joint/repair - per LF | 18.08 LF | 7.90 | 142.83 | 0/150 yrs | Avg. | 0% | (0.00) | 142.83 |
| 136. Texture drywall - machine - knockdown | 18.08 SF | 0.56 | 10.12 | 0/150 yrs | Avg. | 0% | (0.00) | 10.12 |
| FOR TEXTURE REPAIRS NOT AROUND WINDOWS. | | | | | | | | |
| 137. Seal/prime then paint the surface area (2 coats) | 18.08 SF | 0.92 | 16.63 | 0/15 yrs | Avg. | 0% | (0.00) | 16.63 |
| PRIME AND PAINT REPAIRED SURFACE | | | | | | | | |
| 138. Paint the ceiling - one coat | 482.13 SF | 0.63 | 303.74 | 3/15 yrs | Avg. | 20% | (60.75) | 242.99 |
| Note: Painters frequently remove switch and outlet cover plates, drop light fixtures, and move items away from walls to make painting easier. An average amount of this kind of prep work is included. | | | | | | | | |
| 139. Floor protection - plastic and tape - 10 mil | 482.13 SF | 0.29 | 139.82 | 0/15 yrs | Avg. | 0% | (0.00) | 139.82 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Totals: Garage** | | | **804.84** | | | | **60.75** | **744.09** |

## Hallway

Height: 10'

| | |
|---|---|
| 403.33 SF Walls | 73.65 SF Ceiling |
| 476.98 SF Walls & Ceiling | 73.65 SF Floor |
| 8.18 SY Flooring | 35.33 LF Floor Perimeter |
| 50.33 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| Door | 2' 6" X 6' 8" | Opens into BEDROOM_2 |
| Door | 2' 6" X 6' 8" | Opens into BEDROOM_1 |
| Door | 2' 6" X 6' 8" | Opens into LIVING_ROOM |
| Door | 2' 6" X 6' 8" | Opens into BATHROOM |
| Door | 2' 6" X 6' 8" | Opens into MASTER_BEDRO |
| Door | 2' 6" X 6' 8" | Opens into BEDROOM_3 |

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| NO VISIBLE DAMAGE | | | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Totals: Hallway** | | | **0.00** | | | | **0.00** | **0.00** |

## Bedroom 1                                                                     Height: 10'

| | |
|---|---|
| 397.00 SF Walls | 125.13 SF Ceiling |
| 522.13 SF Walls & Ceiling | 125.13 SF Floor |
| 13.90 SY Flooring | 39.83 LF Floor Perimeter |
| 44.83 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| Window | 3' X 6' | Opens into Exterior |
| Door | 2' 6" X 6' 8" | Opens into HALLWAY |
| Door | 2' 6" X 6' 8" | Opens into CLOSET_1 |

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 140. Contents - move out then reset - Large room | 1.00 EA | 70.49 | 70.49 | 0/NA | Avg. | 0% | (0.00) | 70.49 |
| 141. Window blind - horizontal or vertical - Detach & reset | 1.00 EA | 27.53 | 27.53 | 0/NA | Avg. | 0% | (0.00) | 27.53 |
| 142. Mask the surface area per square foot - plastic and tape - 4 mil | 21.00 SF | 0.23 | 4.83 | 0/15 yrs | Avg. | 0% | (0.00) | 4.83 |
| MASKING WINDOWS FOR DRYALL REPAIR AND PAINTING. | | | | | | | | |
| 143. Drywall patch / small repair, ready for paint | 2.00 EA | 77.23 | 154.46 | 0/150 yrs | Avg. | 0% | (0.00) | 154.46 |
| ALLOWANCE FOR DRYWALL REPAIR AROUND WINDOWS. THIS LINE ITEM IS MORE APPROPRIATE FOR REPAIRS AROUND THE WINDOWS DUE TO THE SMALL AREA AND DETAIL. USING TWO PER LOWER WINDOW SINCE REPAIR IS UP TO 4SF AND LOWER UNIT REPAIRS ARE APPROXIMATELY 7SF. USING ONE PER UPPER WINDOW. | | | | | | | | |
| Includes: Drywall, metal corner bead, joint compound, joint tape, nails, screws, texture, and installation labor. | | | | | | | | |
| Quality: Up to 4 square feet of drywall, patched, textured, ready for paint | | | | | | | | |
| 144. Seal/prime then paint the surface area (2 coats) | 7.00 SF | 0.92 | 6.44 | 0/15 yrs | Avg. | 0% | (0.00) | 6.44 |
| PRIME AND PAINT REPAIRED SURFACE | | | | | | | | |
| 145. Paint the walls - one coat | 397.00 SF | 0.63 | 250.11 | 3/15 yrs | Avg. | 20% | (50.02) | 200.09 |
| Note: Painters frequently remove switch and outlet cover plates, drop light fixtures, and move items away from walls to make painting easier. An average amount of this kind of prep work is included. | | | | | | | | |
| 146. R&R Window sill | 3.00 LF | 3.11 | 9.33 | 0/150 yrs | Avg. | 0% | (0.00) | 9.33 |
| 147. Seal & paint window sill | 3.00 LF | 2.49 | 7.47 | 0/15 yrs | Avg. | 0% | (0.00) | 7.47 |
| 148. Paint window sill - 1 coat | 3.00 LF | 1.66 | 4.98 | 0/15 yrs | Avg. | 0% | (0.00) | 4.98 |
| 149. Floor protection - plastic and tape - 10 mil | 125.13 SF | 0.29 | 36.29 | 0/15 yrs | Avg. | 0% | (0.00) | 36.29 |

| | | | | |
|---|---|---|---|---|
| **Totals: Bedroom 1** | | **571.93** | **50.02** | **521.91** |

## Closet 1                                                                     Height: 10'

| | |
|---|---|
| 170.09 SF Walls | 21.74 SF Ceiling |
| 191.82 SF Walls & Ceiling | 21.74 SF Floor |
| 2.42 SY Flooring | 16.18 LF Floor Perimeter |
| 18.68 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| Door | 2' 6" X 6' 8" | Opens into BEDROOM_1 |

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| NO VISIBLE DAMAGE | | | | | | | | |

**CONTINUED - Closet 1**

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| Totals: Closet 1 | | | 0.00 | | | | 0.00 | 0.00 |



**Bedroom 2**          **Height: 10'**

| | | |
|---|---|---|
| 502.00 SF Walls | | 159.59 SF Ceiling |
| 661.59 SF Walls & Ceiling | | 159.59 SF Floor |
| 17.73 SY Flooring | | 50.33 LF Floor Perimeter |
| 55.33 LF Ceil. Perimeter | | |

| | | | |
|---|---|---|---|
| **Window** | **3' X 6'** | **Opens into Exterior** | |
| **Door** | **2' 6" X 6' 8"** | **Opens into CLOSET_2** | |
| **Door** | **2' 6" X 6' 8"** | **Opens into HALLWAY** | |

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 150. Contents - move out then reset - Large room | 1.00 EA | 70.49 | 70.49 | 0/NA | Avg. | 0% | (0.00) | 70.49 |
| 151. Window blind - horizontal or vertical - Detach & reset | 1.00 EA | 27.53 | 27.53 | 0/NA | Avg. | 0% | (0.00) | 27.53 |
| 152. Mask the surface area per square foot - plastic and tape - 4 mil | 21.00 SF | 0.23 | 4.83 | 0/15 yrs | Avg. | 0% | (0.00) | 4.83 |

MASKING WINDOWS FOR DRYALL REPAIR AND PAINTING.

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 153. Drywall patch / small repair, ready for paint | 2.00 EA | 77.23 | 154.46 | 0/150 yrs | Avg. | 0% | (0.00) | 154.46 |

ALLOWANCE FOR DRYWALL REPAIR AROUND WINDOWS. THIS LINE ITEM IS MORE APPROPRIATE FOR REPAIRS AROUND THE WINDOWS DUE TO THE SMALL AREA AND DETAIL. USING TWO PER LOWER WINDOW SINCE REPAIR IS UP TO 4SF AND LOWER UNIT REPAIRS ARE APPROXIMATELY 7SF. USING ONE PER UPPER WINDOW.
Includes: Drywall, metal corner bead, joint compound, joint tape, nails, screws, texture, and installation labor.
Quality: Up to 4 square feet of drywall, patched, textured, ready for paint

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 154. Seal/prime then paint the surface area (2 coats) | 7.00 SF | 0.92 | 6.44 | 0/15 yrs | Avg. | 0% | (0.00) | 6.44 |

PRIME AND PAINT REPAIRED SURFACE

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 155. Paint the walls - one coat | 502.00 SF | 0.63 | 316.26 | 3/15 yrs | Avg. | 20% | (63.25) | 253.01 |

Note: Painters frequently remove switch and outlet cover plates, drop light fixtures, and move items away from walls to make painting easier. An average amount of this kind of prep work is included.

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 156. R&R Window sill | 3.00 LF | 3.11 | 9.33 | 0/150 yrs | Avg. | 0% | (0.00) | 9.33 |
| 157. Seal & paint window sill | 3.00 LF | 2.49 | 7.47 | 0/15 yrs | Avg. | 0% | (0.00) | 7.47 |
| 158. Paint window sill - 1 coat | 3.00 LF | 1.66 | 4.98 | 0/15 yrs | Avg. | 0% | (0.00) | 4.98 |
| 159. Floor protection - plastic and tape - 10 mil | 159.59 SF | 0.29 | 46.28 | 0/15 yrs | Avg. | 0% | (0.00) | 46.28 |
| | | | | | | | | |
| Totals: Bedroom 2 | | | 648.07 | | | | 63.25 | 584.82 |



## Closet 2           Height: 10'

| | |
|---|---|
| 176.58 SF Walls | 23.17 SF Ceiling |
| 199.74 SF Walls & Ceiling | 23.17 SF Floor |
| 2.57 SY Flooring | 16.82 LF Floor Perimeter |
| 19.32 LF Ceil. Perimeter | |

**Door**        2' 6" X 6' 8"        Opens into BEDROOM_2

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| NO VISIBLE DAMAGE | | | | | | | | |
| **Totals: Closet 2** | | | 0.00 | | | | 0.00 | 0.00 |



## Bedroom 3           Height: 10'

| | |
|---|---|
| 393.67 SF Walls | 123.72 SF Ceiling |
| 517.39 SF Walls & Ceiling | 123.72 SF Floor |
| 13.75 SY Flooring | 39.50 LF Floor Perimeter |
| 44.50 LF Ceil. Perimeter | |

**Window**        3' X 6'        Opens into Exterior
**Door**        2' 6" X 6' 8"        Opens into CLOSET_3
**Door**        2' 6" X 6' 8"        Opens into HALLWAY

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 160. Contents - move out then reset - Large room | 1.00 EA | 70.49 | 70.49 | 0/NA | Avg. | 0% | (0.00) | 70.49 |
| 161. Window blind - horizontal or vertical - Detach & reset | 1.00 EA | 27.53 | 27.53 | 0/NA | Avg. | 0% | (0.00) | 27.53 |
| 162. Mask the surface area per square foot - plastic and tape - 4 mil | 21.00 SF | 0.23 | 4.83 | 0/15 yrs | Avg. | 0% | (0.00) | 4.83 |
| MASKING WINDOWS FOR DRYALL REPAIR AND PAINTING. | | | | | | | | |
| 163. Drywall patch / small repair, ready for paint | 2.00 EA | 77.23 | 154.46 | 0/150 yrs | Avg. | 0% | (0.00) | 154.46 |
| ALLOWANCE FOR DRYWALL REPAIR AROUND WINDOWS. THIS LINE ITEM IS MORE APPROPRIATE FOR REPAIRS AROUND THE WINDOWS DUE TO THE SMALL AREA AND DETAIL. USING TWO PER LOWER WINDOW SINCE REPAIR IS UP TO 4SF AND LOWER UNIT REPAIRS ARE APPROXIMATELY 7SF. USING ONE PER UPPER WINDOW. Includes: Drywall, metal corner bead, joint compound, joint tape, nails, screws, texture, and installation labor. Quality: Up to 4 square feet of drywall, patched, textured, ready for paint | | | | | | | | |
| 164. Seal/prime then paint the surface area (2 coats) | 7.00 SF | 0.92 | 6.44 | 0/15 yrs | Avg. | 0% | (0.00) | 6.44 |
| PRIME AND PAINT REPAIRED SURFACE | | | | | | | | |
| 165. Paint the walls - one coat | 393.67 SF | 0.63 | 248.01 | 3/15 yrs | Avg. | 20% | (49.60) | 198.41 |
| Note: Painters frequently remove switch and outlet cover plates, drop light fixtures, and move items away from walls to make painting easier. An average amount of this kind of prep work is included. | | | | | | | | |
| 166. R&R Window sill | 3.00 LF | 3.11 | 9.33 | 0/150 yrs | Avg. | 0% | (0.00) | 9.33 |
| 167. Seal & paint window sill | 3.00 LF | 2.49 | 7.47 | 0/15 yrs | Avg. | 0% | (0.00) | 7.47 |
| 168. Paint window sill - 1 coat | 3.00 LF | 1.66 | 4.98 | 0/15 yrs | Avg. | 0% | (0.00) | 4.98 |
| 169. Floor protection - plastic and tape - 10 mil | 123.72 SF | 0.29 | 35.88 | 0/15 yrs | Avg. | 0% | (0.00) | 35.88 |

**CONTINUED - Bedroom 3**

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| Totals: Bedroom 3 | | | 569.42 | | | | 49.60 | 519.82 |



**Closet 3**                                                                                      **Height: 10'**

| 151.67 SF Walls | 15.82 SF Ceiling |
|---|---|
| 167.49 SF Walls & Ceiling | 15.82 SF Floor |
| 1.76 SY Flooring | 14.33 LF Floor Perimeter |
| 16.83 LF Ceil. Perimeter | |

**Door**                        2' 6" X 6' 8"                          Opens into **BEDROOM_3**

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| NO VISIBLE DAMAGE | | | | | | | | |
| Totals: Closet 3 | | | 0.00 | | | | 0.00 | 0.00 |

**Bathroom**                                                                                    **Height: 10'**

| 316.67 SF Walls | 69.00 SF Ceiling |
|---|---|
| 385.67 SF Walls & Ceiling | 69.00 SF Floor |
| 7.67 SY Flooring | 30.83 LF Floor Perimeter |
| 33.33 LF Ceil. Perimeter | |

**Door**                        2' 6" X 6' 8"                          Opens into **HALLWAY**

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 170. Contents - move out then reset | 1.00 EA | 46.99 | 46.99 | 15/NA | Avg. | 0% | (0.00) | 46.99 |
| 171. R&R Light bar - 4 lights - High grade | 2.00 EA | 216.70 | 433.40 | 15/20 yrs | Avg. | 75% | (297.11) | 136.29 |
| 172. Drywall Installer / Finisher - per hour | 2.00 HR | 96.34 | 192.68 | 15/150 yrs | Avg. | 10% | (19.27) | 173.41 |
| ALLOWANCE FOR EXTR TIME DUE TO THE DRYWALL WORK DONE IN TIGHT SPACE OF THE SKYLIGHT AREA. | | | | | | | | |
| 173. 1/2" drywall - hung, taped, ready for texture | 140.00 SF | 2.02 | 282.80 | 15/150 yrs | Avg. | 10% | (28.28) | 254.52 |
| INLUDES ENTIRE CEILING AND THE SKYLIGHT TUNNEL | | | | | | | | |
| 174. Texture drywall - machine - knockdown | 140.00 SF | 0.56 | 78.40 | 15/150 yrs | Avg. | 10% | (7.84) | 70.56 |
| 175. Seal/prime then paint the surface area (2 coats) | 140.00 SF | 0.92 | 128.80 | 15/15 yrs | Avg. | 90% [M] | (115.92) | 12.88 |
| 176. Paint the walls and ceiling - one coat | 385.67 SF | 0.63 | 242.97 | 15/15 yrs | Avg. | 90% [M] | (218.67) | 24.30 |
| 177. Floor protection - plastic and tape - 10 mil | 69.00 SF | 0.29 | 20.01 | 15/15 yrs | Avg. | 90% [M] | (18.01) | 2.00 |
| 178. R&R Blown-in insulation - 10" depth - R26 | 140.00 SF | 1.69 | 236.60 | 29/150 yrs | Avg. | 19.33% | (24.09) | 212.51 |

## CONTINUED - Bathroom

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| Totals: Bathroom | | | 1,662.65 | | | | 729.19 | 933.46 |



**Master Bedroom**　　　　　　　　　　　　　　　　　　　　　　　　　　**Height: 10'**

| | | | |
|---|---|---|---|
| 629.00 SF Walls | | 230.42 SF Ceiling | |
| 859.42 SF Walls & Ceiling | | 230.42 SF Floor | |
| 25.60 SY Flooring | | 63.17 LF Floor Perimeter | |
| 73.17 LF Ceil. Perimeter | | | |

| | | |
|---|---|---|
| Door | 2' 6" X 6' 8" | Opens into MASTER_BATH |
| Door | 2' 6" X 6' 8" | Opens into MASTER_CLOSE |
| Door | 2' 6" X 6' 8" | Opens into HALLWAY |
| Door | 2' 6" X 6' 8" | Opens into ROOM3 |
| Window | 3' X 6' | Opens into Exterior |
| Window | 3' X 6' | Opens into Exterior |

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 179.  Contents - move out then reset - Large room | 1.00 EA | 70.49 | 70.49 | 0/NA | Avg. | 0% | (0.00) | 70.49 |
| 180.  Window blind - horizontal or vertical - Detach & reset | 2.00 EA | 27.53 | 55.06 | 0/NA | Avg. | 0% | (0.00) | 55.06 |
| 181.  Mask the surface area per square foot - plastic and tape - 4 mil | 42.00 SF | 0.23 | 9.66 | 0/15 yrs | Avg. | 0% | (0.00) | 9.66 |
| MASKING WINDOWS FOR DRYALL REPAIR AND PAINTING. | | | | | | | | |
| 182.  Drywall patch / small repair, ready for paint | 4.00 EA | 77.23 | 308.92 | 0/150 yrs | Avg. | 0% | (0.00) | 308.92 |
| ALLOWANCE FOR DRYWALL REPAIR AROUND WINDOWS. THIS LINE ITEM IS MORE APPROPRIATE FOR REPAIRS AROUND THE WINDOWS DUE TO THE SMALL AREA AND DETAIL. USING TWO PER LOWER WINDOW SINCE REPAIR IS UP TO 4SF AND LOWER UNIT REPAIRS ARE APPROXIMATELY 7SF. USING ONE PER UPPER WINDOW. | | | | | | | | |
| Includes: Drywall, metal corner bead, joint compound, joint tape, nails, screws, texture, and installation labor. | | | | | | | | |
| Quality: Up to 4 square feet of drywall, patched, textured, ready for paint | | | | | | | | |
| 183.  Drywall tape joint/repair - per LF | 10.00 LF | 7.90 | 79.00 | 0/150 yrs | Avg. | 0% | (0.00) | 79.00 |
| 184.  Texture drywall - machine - knockdown | 10.00 SF | 0.56 | 5.60 | 0/150 yrs | Avg. | 0% | (0.00) | 5.60 |
| 185.  Seal/prime then paint the surface area (2 coats) | 35.00 SF | 0.92 | 32.20 | 0/15 yrs | Avg. | 0% | (0.00) | 32.20 |
| PRIME AND PAINT REPAIRED SURFACE | | | | | | | | |
| 186.  Paint the walls and ceiling - one coat | 859.42 SF | 0.63 | 541.43 | 3/15 yrs | Avg. | 20% | (108.29) | 433.14 |
| Note: Painters frequently remove switch and outlet cover plates, drop light fixtures, and move items away from walls to make painting easier.  An average amount of this kind of prep work is included. | | | | | | | | |
| 187.  R&R Window sill | 6.00 LF | 3.11 | 18.66 | 0/150 yrs | Avg. | 0% | (0.00) | 18.66 |
| 188.  Seal & paint window sill | 6.00 LF | 2.49 | 14.94 | 0/15 yrs | Avg. | 0% | (0.00) | 14.94 |
| 189.  Paint window sill - 1 coat | 6.00 LF | 1.66 | 9.96 | 0/15 yrs | Avg. | 0% | (0.00) | 9.96 |
| 190.  Floor protection - plastic and tape - 10 mil | 230.42 SF | 0.29 | 66.82 | 0/15 yrs | Avg. | 0% | (0.00) | 66.82 |
| 191.  Crown molding - Detach & reset | 12.00 LF | 2.80 | 33.60 | 0/NA | Avg. | 0% | (0.00) | 33.60 |
| 192.  Paint crown molding - one coat | 57.17 LF | 0.96 | 54.88 | 0/15 yrs | Avg. | 0% | (0.00) | 54.88 |

**CONTINUED - Master Bedroom**

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| Totals: Master Bedroom | | | 1,301.22 | | | | 108.29 | 1,192.93 |



**Master Closet 1**  Height: 10'

| | |
|---|---|
| 281.67 SF Walls | 53.25 SF Ceiling |
| 334.92 SF Walls & Ceiling | 53.25 SF Floor |
| 5.92 SY Flooring | 27.33 LF Floor Perimeter |
| 29.83 LF Ceil. Perimeter | |

**Door**    2' 6" X 6' 8"    Opens into MASTER_BEDRO

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| NO VISIBLE DAMAGE | | | | | | | | |
| Totals: Master Closet 1 | | | 0.00 | | | | 0.00 | 0.00 |



**Master Closet 2**  Height: 10'

| | |
|---|---|
| 298.33 SF Walls | 50.06 SF Ceiling |
| 348.39 SF Walls & Ceiling | 50.06 SF Floor |
| 5.56 SY Flooring | 29.00 LF Floor Perimeter |
| 31.50 LF Ceil. Perimeter | |

**Door**    2' 6" X 6' 8"    Opens into MASTER_BEDRO

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| NO VISIBLE DAMAGE | | | | | | | | |
| Totals: Master Closet 2 | | | 0.00 | | | | 0.00 | 0.00 |



**Master Bath**           Height: 10'

| 501.00 SF Walls | 168.67 SF Ceiling |
|---|---|
| 669.67 SF Walls & Ceiling | 168.67 SF Floor |
| 18.74 SY Flooring | 50.17 LF Floor Perimeter |
| 52.67 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| Window | 3' X 3' | Opens into Exterior |
| Door | 2' 6" X 6' 8" | Opens into MASTER_BEDRO |

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 193. Contents - move out then reset | 1.00 EA | 46.99 | 46.99 | 0/NA | Avg. | 0% | (0.00) | 46.99 |
| 194. Window blind - horizontal or vertical - Detach & reset | 2.00 EA | 27.53 | 55.06 | 0/NA | Avg. | 0% | (0.00) | 55.06 |
| 195. R&R 1/2" drywall - hung, taped, ready for texture | 4.00 SF | 2.40 | 9.60 | 0/150 yrs | Avg. | 0% | (0.00) | 9.60 |
| REPAIR TO DRYWALL NOT AROUND WINDOWS | | | | | | | | |
| 196. Texture drywall - machine - knockdown | 4.00 SF | 0.56 | 2.24 | 0/150 yrs | Avg. | 0% | (0.00) | 2.24 |
| FOR TEXTURE REPAIRS NOT AROUND WINDOWS. | | | | | | | | |
| 197. Mask the surface area per square foot - plastic and tape - 4 mil | 42.00 SF | 0.23 | 9.66 | 0/15 yrs | Avg. | 0% | (0.00) | 9.66 |
| MASKING WINDOWS FOR DRYALL REPAIR AND PAINTING. | | | | | | | | |
| 198. Drywall patch / small repair, ready for paint | 4.00 EA | 77.23 | 308.92 | 0/150 yrs | Avg. | 0% | (0.00) | 308.92 |
| ALLOWANCE FOR DRYWALL REPAIR AROUND WINDOWS. THIS LINE ITEM IS MORE APPROPRIATE FOR REPAIRS AROUND THE WINDOWS DUE TO THE SMALL AREA AND DETAIL. USING TWO PER LOWER WINDOW SINCE REPAIR IS UP TO 4SF AND LOWER UNIT REPAIRS ARE APPROXIMATELY 7SF. USING ONE PER UPPER WINDOW. | | | | | | | | |
| Includes: Drywall, metal corner bead, joint compound, joint tape, nails, screws, texture, and installation labor. | | | | | | | | |
| Quality: Up to 4 square feet of drywall, patched, textured, ready for paint | | | | | | | | |
| 199. Seal/prime then paint the surface area (2 coats) | 46.00 SF | 0.92 | 42.32 | 0/15 yrs | Avg. | 0% | (0.00) | 42.32 |
| PRIME AND PAINT REPAIRED SURFACE | | | | | | | | |
| 200. Paint the walls - one coat | 501.00 SF | 0.63 | 315.63 | 3/15 yrs | Avg. | 20% | (63.13) | 252.50 |
| Note: Painters frequently remove switch and outlet cover plates, drop light fixtures, and move items away from walls to make painting easier. An average amount of this kind of prep work is included. | | | | | | | | |
| 201. Floor protection - plastic and tape - 10 mil | 168.67 SF | 0.29 | 48.91 | 0/15 yrs | Avg. | 0% | (0.00) | 48.91 |

| Totals: Master Bath | | | 839.33 | | | | 63.13 | 776.20 |
|---|---|---|---|---|---|---|---|---|

| Total: Interior | | | 11,799.99 | | | | 1,520.28 | 10,279.71 |
|---|---|---|---|---|---|---|---|---|

| Total: Dwelling | | | 35,655.78 | | | | 10,324.94 | 25,330.84 |
|---|---|---|---|---|---|---|---|---|

## Other Structures

**Fencing**

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 29. Wood fence 7' - 8' high - Detach & reset - per 8' section | 8.00 EA | 85.46 | 683.68 | 0/NA | Avg. | 0% | (0.00) | 683.68 |
| 30. R&R Wood fence 7'- 8' high - treated | 32.00 LF | 44.86 | 1,435.52 | 0/12 yrs | Avg. | 0% | (0.00) | 1,435.52 |
| 31. R&R Chain link fence w/posts & top rail - 5' high - 9 gauge | 6.00 LF | 19.39 | 116.34 | 0/30 yrs | Avg. | 0% | (0.00) | 116.34 |

## CONTINUED - Fencing

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 32. Clean with pressure/chemical spray | 288.00 SF | 0.29 | 83.52 | 0/NA | Avg. | 0% | (0.00) | 83.52 |
| Pressure wash reset fence to match new fence | | | | | | | | |
| 202. R&R Post - wood - 4" x 4" fence grade | 1.00 EA | 75.71 | 75.71 | 0/12 yrs | Avg. | 0% | (0.00) | 75.71 |
| cedar or equal | | | | | | | | |
| **Totals: Fencing** | | | **2,394.77** | | | | **0.00** | **2,394.77** |
| **Total: Other Structures** | | | **2,394.77** | | | | **0.00** | **2,394.77** |

## Personal Property

### Food Loss

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 33. Food Loss | 1.00 EA | 500.00 | 500.00 | 0/NA | Avg. | 0% | (0.00) | 500.00 |
| Roast, poultry, condiments, seafood, dairy, desserts, vegetables, as agreed. | | | | | | | | |
| **Totals: Food Loss** | | | **500.00** | | | | **0.00** | **500.00** |
| **Total: Personal Property** | | | **500.00** | | | | **0.00** | **500.00** |

### Debris Removal

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 203. Tandem axle dump trailer - per load - including dump fees | 1.00 EA | 186.07 | 186.07 | 0/NA | Avg. | NA | (0.00) | 186.07 |
| **Totals: Debris Removal** | | | **186.07** | | | | **0.00** | **186.07** |

### Labor Minimums Applied

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 204. Electrical labor minimum* | 1.00 EA | 47.71 | 47.71 | 0/NA | Avg. | 0% | (0.00) | 47.71 |
| 205. Heat, vent, & air cond. labor minimum* | 1.00 EA | 155.39 | 155.39 | 0/NA | Avg. | 0% | (0.00) | 155.39 |
| **Totals: Labor Minimums Applied** | | | **203.10** | | | | **0.00** | **203.10** |
| **Line Item Totals: MICHAEL_MALTBA** | | | **45,939.72** | | | | **10,324.94** | **35,614.78** |

[%] - Indicates that depreciate by percent was used for this item
[M] - Indicates that the depreciation percentage was limited by the maximum allowable depreciation for this item

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 7,980.26 | SF Walls | 2,848.04 | SF Ceiling | 10,828.30 | SF Walls and Ceiling |
| 2,815.59 | SF Floor | 312.84 | SY Flooring | 748.69 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 941.40 | LF Ceil. Perimeter |
| | | | | | |
| 2,815.59 | Floor Area | 3,018.56 | Total Area | 7,980.26 | Interior Wall Area |
| 3,156.16 | Exterior Wall Area | 266.33 | Exterior Perimeter of Walls | | |
| | | | | | |
| 4,676.79 | Surface Area | 46.77 | Number of Squares | 0.00 | Total Perimeter Length |
| 53.69 | Total Ridge Length | 221.25 | Total Hip Length | | |

| Coverage | Item Total | % | ACV Total | % |
|---|---|---|---|---|
| AA-Dwelling | 39,620.66 | 86.24% | 35,009.37 | 83.59% |
| A9-Dwelling - Mold | 0.00 | 0.00% | 0.00 | 0.00% |
| BB-Other Structures | 5,819.06 | 12.67% | 6,374.65 | 15.22% |
| B9-Other Structures - Mold | 0.00 | 0.00% | 0.00 | 0.00% |
| CC-Unscheduled Personal Property | 500.00 | 1.09% | 500.00 | 1.19% |
| C9-Unscheduled Personal Property - Mold | 0.00 | 0.00% | 0.00 | 0.00% |
| DD-Additional Living Expense | 0.00 | 0.00% | 0.00 | 0.00% |
| D9-Additional Living Expense - Mold | 0.00 | 0.00% | 0.00 | 0.00% |
| PF-Power Failure | 0.00 | 0.00% | 0.00 | 0.00% |
| RC-Replacement Cost - Contents | 0.00 | 0.00% | 0.00 | 0.00% |
| RD-Replacement Cost - Dwelling | 0.00 | 0.00% | 0.00 | 0.00% |
| RG-Residence Glass | 0.00 | 0.00% | 0.00 | 0.00% |
| XX-Liability | 0.00 | 0.00% | 0.00 | 0.00% |
| X9-Liability - Mold | 0.00 | 0.00% | 0.00 | 0.00% |
| YY-Guest Medical | 0.00 | 0.00% | 0.00 | 0.00% |
| Y9-Guest Medical - Mold | 0.00 | 0.00% | 0.00 | 0.00% |
| Total | 45,939.72 | 100.00% | 41,884.02 | 100.00% |

## Summary for
### AA-Dwelling
#### Summary for All Items

| | |
|---|---:|
| Line Item Total | 39,620.66 |
| Material Sales Tax | 882.75 |
| Cleaning Mtl Tax | 0.03 |
| General Contractor Overhead | 3,690.59 |
| General Contractor Profit | 3,690.59 |
| Cleaning Sales Tax | 4.85 |
| **Replacement Cost Value** | **$47,889.47** |
| Less Depreciation | (12,880.10) |
| **Actual Cash Value** | **$35,009.37** |
| Less Deductible | (6,020.00) |
| **Net Claim** | **$28,989.37** |
| Total Recoverable Depreciation | 12,880.10 |
| **Net Claim if Depreciation is Recovered** | **$41,869.47** |

Sam Bolling

### Summary for
### BB-Other Structures
#### Summary for All Items

| | |
|---|---:|
| Line Item Total | 5,819.06 |
| Material Sales Tax | 69.36 |
| Cleaning Mtl Tax | 0.24 |
| General Contractor Overhead | 238.85 |
| General Contractor Profit | 238.85 |
| Cleaning Sales Tax | 8.29 |
| **Replacement Cost Value** | **$6,374.65** |
| Less Non-recoverable Depreciation | <0.00> |
| **Actual Cash Value** | **$6,374.65** |
| **Net Claim** | **$6,374.65** |

_____

Sam Bolling

MICHAEL_MALTBA                                    12/22/2020         Page: 22

## Summary for
### CC-Unscheduled Personal Property
#### Summary for All Items

| | |
|---|---:|
| Line Item Total | 500.00 |
| General Contractor Overhead | 0.00 |
| General Contractor Profit | 0.00 |
| **Replacement Cost Value** | **$500.00** |
| Less Non-recoverable Depreciation | <0.00> |
| **Actual Cash Value** | **$500.00** |
| **Net Claim** | **$500.00** |

Sam Bolling

Depending upon the circumstances of your loss, our estimate may or may not include an amount for general contractor's overhead and profit. If you have questions regarding general contractor's overhead and profit and whether the services of a general contractor are appropriate for your loss, please contact your claim representative before proceeding with repairs.

This document includes a damage estimate for your property based on Replacement Cost Value (RCV) and Actual Cash Value (ACV). The ACV estimate reflects the RCV less the amount of any depreciation. Depreciation is the decrease in value of an item due to the item's condition, which takes into consideration age, life expectancy, usage, type of item, and market factors. As your adjuster has explained, depending on your policy, you may be able to recover your depreciation upon your repair or replacement of the covered damages.

During the claim process, we asked for your assistance in establishing the age and condition of your damaged items. If you have any questions regarding the age and condition applied to your property, or any other questions regarding this estimate, please contact your adjuster.

Specialized skill, licensing or certification may be needed of any contractor(s) that you retain, for instance, to identify the presence and nature of any potential contaminants, toxins, pollutants, or other hazards that may be encountered during the course of the work, or to utilize appropriate work practices and procedures during the course of the work. Check with your local or State public health or environmental agency regarding potential hazards, including contractor qualifications and other requirements. For your safety, it is prudent to avoid areas where damaged structures, materials or unknown substances may be present, and to not disturb such structures, material, or unknown substances until your contractors have inspected the work site.

The suggestions above are provided only for your consideration. They in no way supplement, alter or modify your existing coverage. Your insurance policy is the legal contract that contains the terms and limitations of your coverage.

If you have any concerns about the grade of flooring on your estimate, you may take advantage of a free service that will provide you with a more specific analysis. To use this option, please keep a 12" x 12" sample of your damaged flooring, and notify your Allstate adjuster that you would like the additional analysis.