IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| MICHAEL AND WENDY MALTBA, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 1:21-CV-00307 |
| ALLSTATE TEXAS LLOYD'S, SAMUEL BOLLING, WILLIAM CARROLL and JESSICA KROMM, | § § § § § § | JUDGE MICHAEL J. TRUNCALE |
| Defendants. | § § | |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Plaintiffs' Notice of Non-Suit with Prejudice. [Dkt. 10]. The Plaintiffs are seeking to non-suit their claims against Defendants in this matter.

It is therefore ORDERED that this case is DISMISSED WITH PREJUDICE, and the Parties shall bear their own attorneys' fees and costs.

It is further ORDERED that all Court dates and deadlines are hereby vacated, and all pending motions in this matter be DENIED as moot.

**SIGNED this 4th day of January, 2022.**

Michael J. Truncale
United States District Judge